EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE  1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILTON K. KAOPUA, | ) | CIVIL NO. 04-00723 JMS-KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO DISMISS, |
| | ) | OR IN THE ALTERNATIVE, FOR |
| vs. | ) | SUMMARY JUDGMENT; TABLE OF |
| | ) | CONTENTS; TABLE OF |
| Federal Fire Department; | ) | AUTHORITIES; MEMORANDUM IN |
| GORDON R. ENGLAND, Acting | ) | SUPPORT OF DEFENDANT'S MOTION |
| Secretary, Department of the | ) | TO DISMISS, OR IN THE |
| Navy, | ) | ALTERNATIVE, FOR SUMMARY |
| | ) | JUDGMENT; CERTIFICATE OF |
| Defendants. | ) | SERVICE |
| | ) | |

DEFENDANT'S MOTION TO DISMISS, OR IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rules 12(b) and 56(b) of the Federal Rules of Civil Procedure, Defendants, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii and R. Michael Burke, Assistant United States Attorney, hereby moves this court to dismiss plaintiff's complaint herein, with prejudice or, in the alternative, for summary judgment in its

favor as to all allegations of plaintiff's complaint.  This motion is based upon the pleadings herein, the record to date, and the memorandum of law attached hereto and made a part hereof.

DATED: March 15, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>       /s/ R. Michael Burke
>By_____
>  R. MICHAEL BURKE
>  Assistant U.S. Attorney
>
>Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA, ) | CIVIL NO. 04-00723 JMS-KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| Federal Fire Department; ) | |
| GORDON R. ENGLAND, Acting ) | |
| Secretary, Department of the ) | |
| Navy, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served Electronically through CM/ECF:

ELBRIDGE W. SMITH    shlaw@hawaii.rr.com

March 15, 2006


DATED: March 15, 2006, at Honolulu, Hawaii.


/s/ Myra Peterson
_____