**TABLE OF CONTENTS**

**PAGE(S)**

Table of Authorities .................................... ii-iii

I.   STATEMENT OF THE CASE ..................................... 1

II.  SUMMARY OF UNDISPUTED FACTS ............................... 2

III. PROCEDURAL HISTORY ........................................ 5

IV.  LEGAL ANALYSIS ............................................ 6

    A.   Standard of Review ................................... 6

    B.   Claimed Violations of Title VII ...................... 6

        1.   Timeliness ...................................... 6

        2.   Plaintiff's Claims of Race, Religion and
             Disability Discrimination ....................... 9

            a.   Circumstantial Evidence of
                 Discrimination ............................. 9

            b.   Direct Evidence of Discrimination ........ 11

        3.   Plaintiff's Claim of Denial of
             Reasonable Accommodation ....................... 16

V.   CONCLUSION ............................................... 21