**TABLE OF AUTHORITIES**

**FEDERAL CASES**

*Beck v. University of Wisconsin Board of Regents*, 75 F.3d
  1130 (7th Cir. 1996) ................................. 17

*Burlington Industries, Inc. v. Ellerth*,
  524 U.S. 742 (1998) .................................. 16

*Cotton v. City of Alameda*, 812 F.2d 1245 (9th Cir. 1987)  11

*McDonnell Douglas Corp. v. Green*,
  411 U.S. 792 (1973) .......................... 9, 10, 11

*Newby v. Whitman*, 340 F.Supp.2d 637 (M.D.N.C. 2004) .... 18

*Palmer v. Circuit Court of Cook County, Ill.*,
  117 F.3d 351 (7th Cir. 1997) ......................... 18

*Schuler v. Chronical Broadcasting Co.*,
  793 F.2d 1010 (9th Cir. 1983) ........................ 11

*Siemon v. AT&T Corp.*, 117 F.3d 1173 (10th. Cir. 1997) .. 18

*Steckl v. Motorola, Inc.*, 703 F.2d 392 (9th Cir. 1983) . 10

*Texas Department of Community Affairs v. Burdine*,
  450 U.S. 248 (1981) .......................... 9, 10, 11

*Trans World Airlines, Inc. v. Thurston*,
  469 U.S. 111 (1985) ............................. 9, 11

*Wallis v. J.R. Simplot Co.*, 26 F.3d 885 (9th Cir. 1994)  10

*Warren III v. City of Carlsbad*,
  58 F.3d 439 (9th Cir. 1995) ........................... 9

*Weiler v. Household Finance Corp.*,
  101 F.3d 519 (7th Cir. 1996) ......................... 18

**FEDERAL STATUTES**

29 C.F.R. § 1614(a)(1) ................................ 6

29 C.F.R. § 1614.109(G) ................................ 2

29 C.F.R. § 1630.2 .................................... 16

29 C.F.R. § 1630.2(j)(3)(I) ........................... 18

27 U.S.C. § 791 ....................................... 16

29 U.S.C. § 705(20) ................................... 17

29 U.S.C. § 791(g) .................................... 16

42 U.S.C. § 12102(2) .................................. 17