IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA, | ) CIVIL NO. 04-00723 JMS-KSC |
| Plaintiff, | ) DECLARATION OF PAUL M. |
| vs. | ) SULLIVAN |
| Federal Fire Department; GORDON R. ENGLAND, Acting Secretary, Department of the Navy, | ) |
| Defendants. | ) |

DECLARATION OF PAUL M. SULLIVAN

    I, PAUL M. SULLIVAN, am Region Counsel for the Commander, Navy Region Hawaii.  I am the attorney assigned by the United States Department of the Navy to assist in defending this action.  I make this Declaration to introduce documents in support of the Defendant Secretary of the Navy's Motion to Dismiss, or in the Alternative, for Summary Judgment.

    Defense Exhibits ("Ex.") 1-33 are authentic copies of documents which are a part of the Report of Investigation and portions of the Administrative Record of proceedings of the Equal Employment Opportunity Commission, kept and maintained in the regular course of business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 14, 2006, at Honolulu, Hawaii.

/s/ Paul M. Sullivan
_____
PAUL M. SULLIVAN