# Exhibit 2

# INCIDENT REPORT

INCIDENT NUMBER: 016281303509

REPORT TYPE: [X] INITIAL [ ] SUPPLEMENTAL

AUTHORITY: 5 USC 301;10 USC 5031;44 USC 3103 and EO 9397 PRIVACY ACT STATEMENT
PRINCIPAL PURPOSE: Used to record information and details of criminal activity which may require investigative action by commanding officers, supervisors, security office, NCIS special agents, etc. Used to provide information to the appropriate individuals within DoD organizations who ensure that proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state and federal law enforcement or investigatory authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement and as a conduit to check past criminal activity records.

SECTIONS ... MUST BE ... [illegible]

## SECTION I: ADMINISTRATIVE

| DATE REC'D (YYYYMMDD) | TIME REC'D (24 Hour) | INCIDENT RECEIVED |
|---|---|---|
| 2001/10/24 | 1200 | [X] In Person [ ] By Telephone [ ] By Radio [ ] By Alarm [ ] By Crime Stop Call/911 [ ] Other: |

## SECTION II: COMPLAINANT

| LAST NAME (Include Jr., Sr., II, III, etc.) | FIRST | MIDDLE | SSN/ALIEN REG.# | GRADE/RANK |
|---|---|---|---|---|
| HALLBERG | COLIN | A. | | GS-06 |

BRANCH OF SERVICE: [ ] ARMY [ ] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD [ ] OTHER: ______

STATUS: [ ] REG. (ACTIVE) [ ] RESERVE [ ] RETIRED [ ] NATIONAL GUARD [ ] FAMILY MEMBER [X] CIVILIAN EMPLOYEE [ ] CIVILIAN (NO GOV.AFF.)

| DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, etc.) | UIC/RUC | WORK TELEPHONE |
|---|---|---|
| NAVSTAPH SECDET | 62813 | 668-7114 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | HI | |

## SECTION III: OFFENSE

| DATE(S) OF INCIDENT (YYYYMMDD) From: | To: | TIME(S) OF INCIDENT (24 Hour) From: | To: |
|---|---|---|---|
| 2001/10/10 | | 1645 | |

OFFENSE STATUS: (Check Only One Per Offense)
1. [ ] ATTEMPTED [X] COMPLETED
2. [ ] ATTEMPTED [ ] COMPLETED
3. [ ] ATTEMPTED [ ] COMPLETED

OFFENSE DATA

| NO. | STATUTORY BASIS (SEE CODES BELOW) | OFFENSE DESCRIPTION | LOCATION/ADDRESS | [illegible] |
|---|---|---|---|---|
| 1. | F | 13C-communicating a threat | Federal Fire station #111, Bldg 441 Kolekole rd. Waianae Hi 96792 | YES |
| 2. | | | | |
| 3. | | | | |

STATUTORY BASIS CODES: [illegible]

WEATHER CONDITIONS: (Max 3) [X] Clear [ ] Cloudy [ ] Rain [ ] Foggy [ ] Ice [ ] Snow [ ] Unknown [ ] Other: ______

LIGHTING: [X] Daylight [ ] Dusk [ ] Dawn [ ] Dark (Lighted) [ ] Dark (Not Lighted) [ ] Unknown

OFFENDER USED: [ ] Alcohol [ ] Drugs/Narcotics [ ] Computer Equipment [X] Not applicable

TYPE WEAPON/FORCE USED (Max 3) (Enter in box an "A" if fully automatic weapon; "M" if manual; "S" if semi-automatic):
[ ] Firearm (Not Listed) [ ] Handgun [ ] Rifle [ ] Shotgun [ ] Knife/Cutting Tool [ ] Blunt Object [ ] Motor Vehicle [ ] Bodily Force (Hands/Feet) [ ] Poison [ ] Explosives [ ] Fire/Incendiary [ ] Narcotic/Drug [ ] Asphyxiation [ ] Unknown [ ] None [ ] Other (Specify) ______

LOCATION OF OFFENSE (Enter 1,2,or 3 if multiple incidents occurred at different locations) [ ] US Possession [X] [illegible] Possession

[ ] Exchange/Dept/Discount Store [ ] School (Elem,High)/College [ ] NCO Club/Officer Club/Bar [X] Government/Public Building [ ] BOQ/CBQ/Lodge/Hotel [ ] Package/Liquor Store [ ] Shoppette/Convenience Store [ ] Corrections Facility/Jail/Prison [ ] Air/Bus/Train Terminal [ ] Training/Service School [ ] Training Area/Field/Woods [ ] Highway/Road/Alley/Sidewalk [ ] Commissary/Grocery Store [ ] Chapel/Church/Synagogue [ ] Commercial/Office Building [ ] Recreation Area/Park [ ] Rental/Storage Facility [ ] Lake/Waterway/Ocean [ ] Contruction Site [ ] Hospital/Clinic [ ] Child Care Facility [ ] Specialty Store/Concessionaire [ ] Quarters/Barracks/Residence/Berthing [ ] Motor Pool/Parking Lot/Garage [ ] Dining Facility/Restaurant [ ] Bank/Credit Union [ ] Service/Gas Station [ ] On Board Ship [ ] On Board Aircraft [ ] Other (Specify) ______ [ ] Unknown

TYPE OF CRIMINAL ACTIVITY (If larceny, forgery, pornography, gambling, drugs or weapons violation) (Max 3)

[ ] Buying/Receiving [ ] Cultivating/Manufacturing/Publishing [ ] Distributing/Selling [ ] Exploiting Children [ ] Operating/Promoting/Assisting [ ] Possessing/Concealing [ ] Transporting/Transmitting/Importing [ ] Using/Consuming [ ] Destruction/Vandalism [ ] Harassment/Stalking [ ] Other (specify) ______

SECTION III OFFENSE (CONT)

INCIDENT NUMBER 016281303509

**VEHICLE DESCRIPTION**

| VEHICLE STATUS | YEAR | MAKE | MODEL |
|---|---|---|---|
| ☐ Suspect ☐ Stolen ☐ Recovered ☐ Target | | | |

STYLE
☐ Sedan (2DR) ☐ Motorcycle ☐ Van
☐ Sedan (4DR) ☐ RV/Camper ☐ Boat
☐ Pickup ☐ Tractor Trailer ☐ Other: ______

| COLOR | LICENSE PLATE # | STATE |
|---|---|---|
| | | |

VIN

OWNER NAME

OTHER IDENTIFYING MARKS

**BURGLARY/B & E ONLY:** ☐ Force ☐ No Force ☐ # of Premises Entered

**METHOD OF ENTRY** (Max 3)

☐ Door Knob Twist ☐ Door Kicked In ☐ Door Open/Unlocked ☐ Door Pried ☐ Door Other ☐ Delivery ☐ Garage ☐ Bodily Force ☐ Sliding Door ☐ Door Type Other ☐ Lock Cut/Removed ☐ Lock Forced/Broken ☐ Lock Forced (Hasp) ☐ Lock Pried ☐ Lock Other

☐ Remain On Premise ☐ Tunneled ☐ Screen Cut ☐ Screen Pried ☐ Screen Removed ☐ Screen Other ☐ Window Broken ☐ Window Cut ☐ Window Open/Unlock ☐ Window Pried Open ☐ Window Removed ☐ Window Other ☐ Cut Hole in Wall ☐ Unknown ☐ Other: ______

**CONDITION OF PREMISE** (Max 1)

☐ Occupied ☐ Unoccupied ☐ Vacant (Temp. Unocc.) ☐ Vacant

**TOOLS USED** (Max 3)

☐ Bar/Pipe ☐ Bodily Force ☐ Bolt Cutters ☐ Chopping Tool ☐ Explosive ☐ Gripping Tool ☐ Hammer

☐ Pry Tool ☐ Saw/Drill ☐ Wire ☐ Screwdriver ☐ Missile ☐ Unknown ☐ Other: ______

**BIAS MOTIVATION** (X) (All Hate/Bias Motivated Offenses Must be Reported to NCIS)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | None | | Anti-Alaskan Native | | Anti-Catholic | | Anti-Agnostic |
| | Anti-White | | Anti-Asian | | Anti-Islamic (Moslem) | | Anti-Homosexual |
| | Anti-Black | | Anti-Pacific Islander | | Anti-Protestant | | Anti-Male Homosexual |
| | Anti-Arab | | Anti-Other Ethnicity/Origin | | Anti-Multi-Religious Group | | Anti-Female Homosexual |
| | Anti-Hispanic | | Anti-Multi-Racial Group | | Anti-Other Religion | | Anti-Heterosexual |
| | Anti-American Indian | | Anti-Jewish | | Anti-Atheism | | Anti-Bisexual |

SECTION IV PROPERTY [illegible]

[illegible]

PROPERTY DESCRIPTION CODE [illegible]

[illegible] Computer Hardware/Software; [illegible] Consumable Goods; [illegible] Credit/Debit Cards; 10 - Drugs/Narcotics; 11 - Drug/Narcotic Equipment; [illegible] 20 - Money; 21 - Negotiable Instruments; 22 - Nonnegotiable Instruments; [illegible] 33 - Structures - [illegible]

b. TYPE PROPERTY LOSS [illegible] c. [illegible] d. OWNERSHIP CODE [illegible] e. DISPOSITION OF PROPERTY CODE [illegible]

SUSPECTED DRUG INVOLVEMENT [illegible]

[illegible]

SECTION V. VICTIM
(Use Victim Addendum sheet if more than one Victim)

| VICTIM # | DD2701 ISSUED | VICTIM RELATED TO OFFENSE # / VICTIM RELATED TO SUSPECT # |
|---|---|---|
| 1 | YES X NO | 01 02 03 04 05 06 07 08 09 010 / 01 02 03 04 05 06 07 08 09 010 |

| LAST NAME (Include Jr., Sr., II, III, etc.) | FIRST | MIDDLE | SSN/ALIEN REG.# | GRADE/RANK |
|---|---|---|---|---|
| KAOPUA | MILTON | K. | 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 | GS-07 |

BRANCH OF SERVICE: ☐ ARMY ☐ NAVY ☐ AIR FORCE ☐ MARINE CORPS ☐ COAST GUARD ☐ OTHER: ______

STATUS: ☐ REG. (ACTIVE) ☐ RESERVE ☐ RETIRED ☐ NATIONAL GUARD ☐ FAMILY MEMBER ☒ CIVILIAN EMPLOYEE ☐ CIVILIAN (NO GOV AFF.)

| DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, etc.) | UIC/RUC | WORK TELEPHONE |
|---|---|---|
| Federal Fire Department | 62813 | 668-3420 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 84-710 Kili dr. #1313 | Waianae | Hi | 96792 |

| DOB / POB | SEX | RACE | ETHNICITY | RESIDENT STATUS |
|---|---|---|---|---|
| 1947/04/24 | X Male | White / X Asian | Hispanic | X Resident |
| POB: Hawaii | Female | Black / Unknown | X Non-Hispanic | Nonresident |
| | Unknown | American Indian | Unknown | Unknown |



207

ENCLOSURE (6-2)

INCIDENT NUMBER 0162813035O9

## SECTION V - VICTIM CONT.

**TYPE OF VICTIM**

- X Individual
- Business
- Financial Institution
- Government
- Law Enforcement
- Religious Org'n
- Society/Public
- Other
- Unknown

**AGGRAVATED ASSAULT CIRCUMSTANCES (Max 2)**

- Argument
- Drug Dealing
- Gangland
- Juvenile Gang
- Lovers' Quarrel/Domestic
- Assault on LE Officer
- Other Felony Involved
- Other Circumstances
- Unknown

**INJURY TYPE (Max 5)**

- X None
- Broken Bones
- Poss. Int. Injuries
- Severe Laceration
- Minor Injury
- Major Injury
- Loss of Teeth
- Unconsciousness

**RELATIONSHIP OF VICTIM TO SUSPECT** (For multiple suspect's relationships, enter suspect's number in block)

| | | | | |
|---|---|---|---|---|
| Spouse | Grandparent | Stepsibling | Babysittee (Baby) | Employee |
| Com-Law Spouse | Grandchild | Other Family | Boy/Girl Friend (B/G Friend) | Employer |
| Parent | In-Law | Acquaintance | Child of B/G Friend | Otherwise Known |
| Sibling | Stepparent | Friend | Homosexual Relationship | Relationship Unknown |
| Child | Stepchild | Neighbor | Ex-Spouse | Stranger |

## SECTION VI - WITNESS/SPONSOR

TYPE/SEQUENCE # ☐ WITNESS # ☐ SPONSOR #

DD2701 ISSUED: YES / NO

LAST NAME (Include Jr., Sr., II, III, etc.) | FIRST | MIDDLE | SSN/ALIEN REG.# | GRADE/RANK

BRANCH OF SERVICE: ☐ ARMY ☐ NAVY ☐ AIR FORCE ☐ MARINE CORPS ☐ COAST GUARD ☐ OTHER: ______

STATUS: ☐ REG. (ACTIVE) ☐ RESERVE ☐ RETIRED ☐ NATIONAL GUARD ☐ FAMILY MEMBER ☐ CIVILIAN EMPLOYEE ☐ CIVILIAN (NO GOV.AFF.)

DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, etc.) | UIC/RUC | WORK TELEPHONE

ADDRESS | CITY | STATE | ZIP CODE

## SECTION VII - SUSPECT/ARRESTEE

TYPE/SEQUENCE # ☒ SUSPECT # 1 ☐ ARRESTEE #

SUSPECT/ARRESTEE RELATED TO OFFENSE # ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○10

INVOLVEMENT ☒ PRINCIPAL ☐ ACCESSORY ☐ CONSPIRATOR ☐ SOLICITOR

| LAST NAME (Include Jr., Sr., II, III, etc.) | FIRST | MIDDLE | SSN/ALIEN REG.# | GRADE/RANK |
|---|---|---|---|---|
| ABAD | ROBERT | F. | | CIV. |

BRANCH OF SERVICE: ☐ ARMY ☐ NAVY ☐ AIR FORCE ☐ MARINE CORPS ☐ COAST GUARD ☐ OTHER: ______

STATUS: ☐ REG. (ACTIVE) ☐ RESERVE ☐ RETIRED ☐ NATIONAL GUARD ☐ FAMILY MEMBER ☒ CIVILIAN EMPLOYEE ☐ CIVILIAN (NO GOV.AFF.)

| DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, etc.) | UIC/RUC | WORK TELEPHONE |
|---|---|---|
| Federal Fire Dept. Station #111, Bldg 441 Kolekole rd. Waianae Hi | 962823 | 668-3420 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | HI | |

| HAIR COLOR | EYE COLOR | HEIGHT | WEIGHT | DOB | POB |
|---|---|---|---|---|---|
| brn | BRN | 5'9" | 150 | | Hawaii |

ALIAS (AKA)

**SEX**: X Male / Female / Unknown

**RACE**: White / Black / American Indian / X Asian / Unknown

**ETHNICITY**: Hispanic / X Non-Hispanic / Unknown

**RESIDENT STATUS**: X Resident / Nonresident / Unknown

## DESCRIPTION

**HAIR (Max 2)**: ☐ Unknown ☐ Bald ☐ Receding ☐ Short ☐ Collar ☐ Shoulder ☐ Long ☐ Coarse ☐ Fine ☐ Thick ☐ Thinning ☐ Wig ☐ Wiry ☐ Other:

**HAIR STYLE (Max 2)**: ☐ Unknown ☐ Afro ☐ Braided ☐ Bushy ☐ Crewcut ☐ Greasy ☐ Recruit ☐ Ponytail ☐ Processed ☐ Straight ☐ Curly ☐ Wig ☐ Part L/R ☐ Dreadlocks ☐ Cornrow ☐ Other:

**FACIAL HAIR (Max 3)**: ☐ Unknown ☐ Clean ☐ Medium ☐ Mustache ☐ Goatee ☐ Lower Lip ☐ Beard ☐ Sideburns ☐ Unshaven ☐ Other:

**BUILD (Max 1)**: ☐ Unknown ☐ Thin ☐ Medium ☐ Heavy ☐ Muscular

**COMPLEXION (Max 2)**: ☐ Unknown ☐ Light ☐ Medium ☐ Dark ☐ Freckled ☐ Tanned ☐ Acne ☐ Pocked ☐ Ruddy ☐ Clear ☐ Other:

**APPEARANCE (Max 3)**: ☐ Unknown ☐ Dirty ☐ Disguised ☐ Flashy ☐ Military ☐ Unkempt ☐ Odorous ☐ Neat ☐ Cap/Hat ☐ Sunglasses ☐ Glasses ☐ Gloves ☐ Mask ☐ Other:

**IDENTIFYING MARKS (Max 3)**: ☐ Unknown ☐ Tattoo ☐ Scar ☐ Mark

LOCATION (Max 3): ☐ Eye (Left/Right) ☐ Face ☐ Scalp ☐ Teeth ☐ Hand (Left/Right) ☐ Foot (Left/Right) ☐ Leg (Left/Right) ☐ Arm (Left/Right) ☐ Shoulder (L/R) ☐ Hip (Left/Right) ☐ Stomach ☐ Chest ☐ Back ☐ Neck ☐ Buttock ☐ Other:

DESCRIPTION

**DRESS (Max 3)**: ☐ Unknown ☐ Gang Attire ☐ Camouflage ☐ Swimwear ☐ Western Attire ☐ Ragged Attire ☐ Athletic Attire ☐ Business Attire ☐ Navy Uniform ☐ AF Uniform ☐ Army Uniform ☐ Marine Uniform ☐ CG Uniform ☐ Police Uniform ☐ No Attire (Naked) ☐ Casual Attire ☐ Other:

**SPEECH (Max 2)**: ☐ Unknown ☐ Accent ☐ Lisp ☐ Loud ☐ Mumbles ☐ Quiet ☐ Rapid ☐ Slow ☐ Stutters ☐ Other:

**HANDS (Max 1)**: ☐ Unknown ☐ Right Handed ☐ Left Handed ☐ Ambidextrous

**DEMEANOR (Max 3)**: ☐ Unknown ☐ Angry ☐ Apologetic ☐ Calm ☐ Disordered ☐ Irrational ☐ Nervous ☐ Polite ☐ Competent ☐ Stupor ☐ Violent ☐ Obscene ☐ Talkative ☐ Other:

208

SECTION VII - SUSPECT ARRESTED

INCIDENT NUMBER 016281303509

SECTION VIII - ADDITIONAL POLICE OFFICERS

| 1. LAST | FIRST | MI | 2. LAST | FIRST | MI |
|---|---|---|---|---|---|
| | | | | | |

| GRADE/RANK | DUTY STATION/EMPLOYER | BADGE # | GRADE/RANK | DUTY STATION/EMPLOYER | BADGE # |
|---|---|---|---|---|---|
| | | | | | |

SECTION IX - NARRATIVE

SYNOPSIS: On 10-10-01 at 1645 Federal Fire Capt ABAD Robert threatened to shoot Federal Fire Capt. KAOPUA Milton over a property dispute.

ASSIGNMENT/ARRIVAL: On 10-10-01 at 1640 I was dispatched to the Federal Fire station #111, Lualualei, to investigate a damage to personal property complaint. I arrived at 1643 and assumed the case.

STATEMENT OF CAPT.ABAD Robert: On my arrival Capt. ABAD said he wanted to file a breaking and entering complaint. He said he had placed a padlock and hasp on his personal ice machine located in the Fire Dept. and someone had cut the lock and bent the hasp. Investigation found that the ice machine was not personal property but was still Government property that had been given to the Fire Dept. to use and was to be used by all authorized government employees and therefore should not have been locked in the first place. Capt. ABAD then accused Fire Capt. KAOPUA Milton of cutting the lock. When asked if he had seen Capt KAOPUA cut the lock he said no but he was sure it was him. I told him I could take a complaint of the cutting of the lock as that was his personal property. Capt. ABAD then told me he was tired of Capt. KAOPUA that KAOPUA thinks he owns this place. Capt. ABAD then said "I guess I'll just have to shoot him" I told him that was not a smart thing to say to a

ENCLOSURE(S)

| ENCL # | DESCRIPTION |
|---|---|
| | |
| | |
| | |

SECTION X - REPORTING/APPROVING OFFICIALS

| REPORTING OFFICIAL (NAME, RANK, TITLE & SIGNATURE) | DATE | APPROVING OFFICIAL (NAME, RANK, TITLE & SIGNATURE) | DATE |
|---|---|---|---|
| GS06 COLIN A HALLBERG, POLICE OFFICER | 2001/10/24 | GS-09 ROBERT J OKUMURA, WATCH COMMANDER | 2001/10/24 |

SECTION XI - ADMINISTRATIVE DISPOSITION

VICTIM/WITNESS NOTIFICATION

0 VICTIMS NOTIFIED 0 WITNESSES NOTIFIED

REFERRED TO/ASSUMED BY:

NCIS CASE #:

INVESTIGATIONS CASE #:

LOCAL POLICE CASE #:

OTHER (Specify):

DISTRIBUTION:

COMMANDING OFFICER

LEGAL OFFICER/SJA

FAMILY ADVOCACY

EQUAL OPPORTUNITY

MEDICAL/MENTAL HEALTH

DRUG/ALCOHOL (DAPA)

OTHER

209



ENCLOSURE (6-4)

INCIDENT REPORT ADDENDUM - NARRATIVE SECTION

INCIDENT NUMBER: 016281303509

REPORT TYPE: [X] INITIAL [ ] SUPPLEMENTAL

This form is used with OPNAV 5527/1 Incident Report to record narrative type information.

police officer. Capt. ABAD then said. "That's what it is coming to". I said that I would have to make a note of this conversation. At approximately 1830 Capt.ABAD called security to cancel his complaint.

OFFICER ACTIONS: Due to scheduling I was not able to contact Capt. KAOPUA until 10-13-01. I advised Capt. KAOPUA of the conversation I had with Capt. ABAD. Capt. KAOPUA said he was going to contact District Chief DELORA and discuss the situation with him. Capt. KAOPUA contacted Dist. Chief DELORA on 10-17-01 and told him what had been said and if he needed further information to contact Lualualei Security. On 10-24-01 I was contacted by Capt.KAOPUA, he said he had not received any further contact from Chief DELORA and now wanted to file a formal complaint.On 10-24-01 at 1545 I contacted Agent SPENCER,NCIS,and relayed the above events. Agent SPENCER advised that NCIS would assume the case.

NOTIFICATION: CDO TMC MENCIAS via UT1 LEIDNER at 1225.
MAJOR ROBERTS notified 1215

DISPOSITION: Accepted by NCIS.