# Exhibit 4

RETURN TO WORK OR SCHOOL

**HERMINIO D. MERCADO, M.D.**
85-979-D Farrington Highway
Waianae, HI 96792

Telephone: (808) 696-0062

Date: 11/23/2001

This is to certify that _Milton Kaopua_

has been under my care for the following: _Stress – Anxiety Reaction + Depression 10/27 to 11/23/2001_

_Undetermined →_

and is able to return to work / school on: ___

Remarks: _Visits 11/3, 10, 19 + 23. Referred to a Psychiatrist for treatment + evaluation._

(SIGNATURE)

813107 — Medical Arts Press  1-800-328-2179

215

ENCLOSURE (7)