# Exhibit 8

FEDERAL FIRE DEPARTMENT
850 TICONDEROGA STREET
PEARL HARBOR, HI 96860

N51
13NOV01

### MEMORANDUM

From: Deputy Fire Chief
To:   **CAPTAIN ROBERT ABAD**
Via:  Fire Chief

Subj.: **STATION ASSIGNMENT/TRANSFER**

1. You are hereby:

| | |
|---|---|
| ___ | Permanent Promotion |
| ___ | Temporary Promotion |
| ___ | Change to Lower Grade |
| ___ | Reassigned |
| ___ | Termination of Detail |
| **X** | Permanent Transfer |
| ___ | Temporary Transfer |

From: STA: **11B** To:   STA:  **9A**
Effective: **02 DEC 01**

2. You will report to your new assignment at 0800 on the effective date.

3. **Reminder:** Individual's training folder is to be forwarded to the Training Officer.

D. L. KAEA

Copy to:
Fire Station #**11B** Via: Assistant Chief: **AC2B**
Fire Station #**9A** Via  Assistant Chief **AC2A**
Training Chief
Personnel File
FAC
IAFF LOCAL F-263 (Permanent Transfers Only)

**217**

## FEDERAL FIRE DEPARTMENT
### 850 TICONDEROGA STREET
### PEARL HARBOR, HI 96860

N51
13NOV01

### MEMORANDUM

From: Deputy Fire Chief
To:   **CAPTAIN MILTON KAOPUA**
Via:  Fire Chief

### Subj.: **STATION ASSIGNMENT/TRANSFER**

1.You are hereby:

| | |
|---|---|
| ___ | Permanent Promotion |
| ___ | Temporary Promotion |
| ___ | Change to Lower Grade |
| ___ | Reassigned |
| ___ | Termination of Detail |
| **X** | Permanent Transfer |
| ___ | Temporary Transfer |

From: **STA 11A** To:  **STA: 14B**
Effective: **02 DEC 01**

2.You will report to your new assignment at 0800 on the effective date.

3. **Reminder:** Individual's training folder is to be forwarded to the Training Officer.

*D. L. KABA*

Copy to:
Fire Station #**11A** Via: Assistant Chief: **AC2A**
Fire Station **14B** Via Assistant Chief **AC 2B**
Training Chief
Personnel File
FAC
IAFF LOCAL F-263 (Permanent Transfers Only)

218