# Exhibit 11

**Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation**

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

### Employee Data

1. Name of employee (Last, First, Middle): **Kaopua, Milton K.**
2. Social Security Number: **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**
3. Date of birth (Mo. Day Yr.): **4 / 24 / 47**
4. Sex: **[X] Male**  [ ] Female
5. Home telephone: **(808) 695-5199**
6. Grade as of date of injury: Level **7** Step **10**
7. Employee's home mailing address: **84-710 Kili Drive, Apt. 1313, Waianae, HI 96792**
8. Dependents: [X] Wife, Husband  [ ] Children under 18 years  [ ] Other

### Description of Injury

9. Place where injury occurred: **Fire Station - 11 - Lualualei**
10. Date injury occurred (Mo. Day Yr.): **10 / 13 / 01** *
11. Date of this notice (Mo. Day Yr.): **11 / 26 / 01**
12. Employee's occupation: **Fire Captain**
13. Cause of injury (Describe what happened and why): *and continuing.
**Captain Abad threatened my life in a statement made on 10/10/01 to Colin Hallb[e]**
**My superiors refuse to take action to protect me and have punished me through**
**a transfer to station 14B.**
14. Nature of injury: **Increased high blood pressure, inability to sleep, anxiety action and depression.**

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

[X] a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

[ ] b. Sick and/or Annual Leave

Signature of employee or person acting on his/her behalf: *Milton K. Kaopua*

Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled, is subject to felony criminal prosecution and may, under appropriate provisions, be punished by a fine or imprisonment, or both.

Have your supervisor complete the receipt attached to this form and return it to you for your records.

**End of Employee Report**

### Witness

16. Statement of witness (Describe what you saw, heard, or know about this injury)

Name of witness | Signature of witness | Date signed
Address | City **220** | State | Zip Code

ENCLOSURE ( 8 )
CA-1 (Rev. 3/86)