# Exhibit 14

## Application to Become a Leave Recipient
## Under the Voluntary Leave Transfer Program

| 1. Applicant's name (Last, first, middle) | 2. Social Security Number | 3. Employee Number |
|---|---|---|
| KAOPUA, Milton K. | 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 | (same) |

| 4a. Position title | 4b. Pay plan | 4c. Grade/pay level |
|---|---|---|
| SUPV FIREFIGHTER | GS | 07/10 |

| 5. Name of organization (Agency, Department, Office, Division, Branch, etc.) | 6. Office telephone number |
|---|---|
| Federal Fire Department, NAVSTA Pearl Harbor | 473-1172 / 473-5723 |

**7. Nature and severity of the medical emergency**

tramatic clinical disorder -- disabling   (trama related anxiety/depresn)

| 8. Individual affected by medical emergency (check one) | 9. Date medical emergency began | 10. Date medical emergency ended (or is expected to end) |
|---|---|---|
| [xx] Employee<br>[ ] Employee's family member | 10/13 & 10/23/01 | unknown - about 2-6 months |

**11. Name of physician who will verify the medical emergency.** (Attach documentation from the physician (or other appropriate expert) showing the diagnosis, prognosis and duration of illness.)

Robert Dave, Ph.D; Herminio Mercado, M.D.; Shepard Ginandes, M.D.   (letter attached)

| 12. What is the applicant's annual and sick leave balances as of end of last pay period? | | 13. How many hours of leave without pay have been used for this medical emergency? |
|---|---|---|
| Annual leave balance → 0 | Sick leave balance → 0 | Hours → |

**14.** Provide a description of the medical emergency to be distributed to servicing personnel offices so that other employees may donate annual leave to the applicant.

[ ] Check box if applicant does not want a description distributed.

[ ] Check box if applicant does not wish to have name used with the description or disclosed to anyone except the supervisor, the supervisory channel and the deciding official, and individuals who maintain the program.

**Description of medical emergency**

trauma-related anxiety/depression

| 15a. Name of individual completing application (if applying on behalf of the applicant) | 15b. Relationship to applicant | 15c. Telephone number (area code) |
|---|---|---|
| (Elbridge W. Smith) [signature] | attorney | 523-5050 |

| 16a. I certify that the above statements are true. (Signature of applicant or individual applying on behalf of applicant) | 16b. Date signed |
|---|---|
| Milton K. Kaopua [signature] | 1/24/02 |

**Privacy Act Statement**

Participation in this program is voluntary; however, solicitation of this information is authorized under 5 U.S.C. 6332. The information furnished will be used to identify records properly associated with the transfer of annual leave. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

| 17. First level supervisor's recommendation | | 18. Deciding official's decision | |
|---|---|---|---|
| [ ] Approve   [ ] Disapprove | | [ ] Approve   [ ] Disapprove | |
| Signature | Date signed | Signature | Date signed |

Office of Personnel Management   
5 CFR 630

Local Reproduction Authorized


224

OPM 630
June 2001
Formerly Optional Form (OF) 630

ENCLOSURE (10)

## Application to Become a Leave Recipient
### Under the Voluntary Leave Transfer Program

attn: HAZAL

| | | |
|---|---|---|
| 1. Applicant's name (Last, first, middle)<br>KAOPUA, Milton K. | 2. Social Security Number<br>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 | 3. Employee Number<br>(same) |
| 4a. Position title<br>SUPV FIREFIGHTER | 4b. Pay plan<br>GS | 4c. Grade/pay level<br>07/1B |
| 5. Name of organization (Agency, Department, Office, Division, Branch, etc.)<br>Federal Fire Department, NAVSTA Pearl Harbor | | 6. Office telephone number<br>473-1172 / 473-5723 |

7. Nature and severity of the medical emergency     Ofc Code N51A3 GSDFD
txmatic clinical disorder -- disabling   (txmar related-anxiety/depresn)

| 8. Individual affected by medical emergency (check one)<br>[X] Employee<br>[ ] Employee's family member | 9. Date medical emergency began<br>10/13 & 10/23/01 | 10. Date medical emergency ended (or is expected to end)<br>unknown - about 2-6 months |
|---|---|---|

11. Name of physician who will verify the medical emergency. (Attach documentation from the physician (or other appropriate expert) showing the diagnosis, prognosis and duration of illness.)
Robert Dave, Ph.D; Herminio Mercado, M.D.; Shepard Ginandes, M.D.   (letter attached)

| 12. What is the applicant's annual and sick leave balances as of end of last pay period?<br>Annual leave balance → 0    Sick leave balance → 0 | 13. How many hours of leave without pay have been used for this medical emergency?<br>Hours → |
|---|---|

14. Provide a description of the medical emergency to be distributed to servicing personnel offices so that other employees may donate annual leave to the applicant.

[ ] Check box if applicant does not want a description distributed.
[ ] Check box if applicant does not wish to have name used with the description or disclosed to anyone except the supervisor, the supervisory channel and the deciding official, and individuals who maintain the program.

Description of medical emergency:
trauma-related anxiety/depression

| 15a. Name of individual completing application (if applying on behalf of the applicant)<br>(Elbridge W. Smith) [signature] | 15b. Relationship to applicant<br>attorney | 15c. Telephone number (area code)<br>523-5050 |
|---|---|---|
| 16a. I certify that the above statements are true.<br>(Signature of applicant or individual applying on behalf of applicant)<br>[signature] Milton K. Kaopua | | 16b. Date signed<br>1/24/02 |

**Privacy Act Statement**
Participation in this program is voluntary; however, solicitation of this information is authorized under 5 U.S.C. 6332. The information furnished will be used to identify records properly associated with the transfer of annual leave. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

| 17. First level supervisor's recommendation<br>[X] Approve  [ ] Disapprove<br>Signature [signature]  Date signed 2/7/02 | 18. Deciding official's decision<br>[X] Approve  [ ] Disapprove<br>Signature [signature] R.J. PRIME, CDR, USN  Date signed 2/15/0 |
|---|---|

225                                    ENCLOSURE (N-3)



DEPARTMENT OF THE NAVY
COMMANDING OFFICER
NAVAL STATION
850 TICONDEROGA ST STE 100
PEARL HARBOR HI 96860-5102

12630
Ser 13D/042
15 Feb 02

From: Commanding Officer, Naval Station, Pearl Harbor
To: Mr. Milton K. Kaopua, Fire Department

Subj: VOLUNTARY LEAVE TRANSFER PROGRAM APPLICATION

Ref: (a) Your application of 24 Jan 02

1. I have approved your application (reference (a)) to become a leave recipient. We will publicize the request for donations of annual leave throughout Naval Station, Pearl Harbor and Navy Region Hawaii. If the donated annual leave through this publicity is insufficient to meet your needs, we will extend your request to other local Department of the Navy activities.

2. Your status as a Leave Transfer Recipient will terminate when any of the following conditions apply:

    a. Upon termination of your employment with the Navy.

    b. When we have made a determination that you are no longer affected by a medical emergency.

    c. If the Office of Personnel Management approves your application for disability retirement.

3. You will be responsible for providing documentation monthly to your immediate supervisor to support the continuation of the medical emergency.

4. Please contact Mrs. Julia Lucas at 473-0054 if you have any questions or require additional information.

R. J. PETRY
By direction

Copy to:
Code N5D
CNR 813FK

224

OPTIONAL FORM 99 (7-90)
FAX TRANSMITTAL  # of pages ▶ 3
To Elbridge Smith   From Hazel Wong
Dept/Agency         Phone # 4743797
Fax # 538-1382      Fax # 4743798
NSN 7540-01-317-7368

PAGE 02   FEDERAL FIRE DEPT

Confirmation Report - Memory Send

```
                        Page       : 001
                        Date & Time: Feb-28-02  06:20am
                        Line 1     : 808 4743598
                        Machine ID : HRO COMNAVREG NI OFFICE
```

| | |
|---|---|
| Job number | : 190 |
| Date | : Feb-28 06:18am |
| To | : ☎995381382 |
| Number of pages | : 003 |
| Start time | : Feb-28 06:18am |
| End time | : Feb-28 06:20am |
| Pages sent | : 003 |
| Status | : OK |
| Job number | : 190 |

\*\*\* SEND SUCCESSFUL \*\*\*



**DEPARTMENT OF THE NAVY**
COMMANDING OFFICER
NAVAL STATION
BOX 7000000000 ST STE 100
PEARL HARBOR HI 96860-0000

```
                                    12630
                                    Ser 13D/042
                                    15 Feb 02
```

From: Commanding Officer, Naval Station, Pearl Harbor
To:   Mr. Milton K. Kaopua, Fire Department

Subj: VOLUNTARY LEAVE TRANSFER PROGRAM APPLICATION

Ref:  (a) Your application of 24 Jan 02

1. I have approved your application (reference (a)) to become a leave recipient. We will publicize the request for donations of annual leave throughout Naval Station, Pearl Harbor and Navy Region Hawaii. If the donated annual leave through this publicity is insufficient to meet your needs, we will extend your request to other local Department of the Navy activities.

2. Your status as a Leave Transfer Recipient will terminate when any of the following conditions apply:

   a. Upon termination of your employment with the Navy.

   b. When we have made a determination that you are no longer affected by a medical emergency.

   c. If the Office of Personnel Management approves your application for disability retirement.

3. You will be responsible for providing documentation monthly to your immediate supervisor to support the continuation of the medical emergency.

4. Please contact Mrs. Julia Lucas at 473-0054 if you have any questions or require additional information.

*R. J. PETRY*
By direction

Copy to:
Code N5D
CNR 813FK

---

**FAX TRANSMITTAL**  # of pages ▶ 3
To: Eldridge Smith           From: Hazel Wang
Dept/Agency:                 Phone #: 4743794
Fax #: 538-1382              Fax #: 4743798
NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

FEDERAL FIRE DEPT                              PAGE 02

**227**

ENCLOSURE (14-2)

PLEASE POST FOR 30 DAYS

## NAVAL STATION PEARL HARBOR

## LEAVE TRANSFER ANNOUNCEMENT

| ISSUE DATE: 19 FEB 02 | FILING DATE: 19 MAR 02 |
|---|---|

### TO ALL CIVILIAN PERSONNEL

**BACKGROUND:**

Mr. Milton Kaopua, Fire Department, has been affected by a personal emergency resulting in absences from work. These absences have resulted in a situation in which the employee is facing serious economic consequences because of the unavailability of paid leave. Mr. Kaopua applied for consideration under the Department of Navy (DON) Temporary Leave Transfer Program and his application to become a leave recipient was approved.

**FILING INFORMATION:**

1. Employees interested in donating annual leave may obtain Leave Donor Applications from their Civilian Personnel Liaison, Code N13D, Building 150, 3rd Floor.

2. Employees will submit applications through the chain of command to their Department/Office Heads who will ensure that annual leave is available for transfer, that the amount of leave requested for transfer does not exceed the limitations imposed and that the leave recipient is not the leave donor's immediate supervisor.

3. Once approved, the payroll office will be notified of the leave transfer arrangements and the number of hours to be transferred to Mr. Kaopua's leave account.

4. If the leave donor's application is disapproved, the XO will notify applicants in writing of the reasons for the disapproval.

**ANNUAL LEAVE RESTORATION INFORMATION:**

Upon termination of Mr. Kaopua's personal emergency, any transferred annual leave remaining to his credit will be restored to the annual leave accounts of the leave donors currently employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C. on the date the personal emergency terminates.

FOR ADDITIONAL INFORMATION, PLEASE CONTACT:

MRS. JULIA LUCAS, CIVILIAN PERSONNEL LIAISON AT 473-0054

228

ENCLOSURE (15)