# Exhibit 15

| | |
|---|---|
| From: | Elbridge W. Smith [shlaw@flex.com] |
| Sent: | Friday, March 08, 2002 7:45 PM |
| To: | Hazel Wong (CNR N01CP.1B) (E-mail) |
| Subject: | FW: Mr. Kaopua called and said no one knows about his donated leave program |

He said he called 5 different fire stations and spoke to 5 different captains. They told him they had received no report of any kind for any donated leave program for him.

So apparently it looks like his department is holding that back up and probably wants him to suffer, is his question ?

He is reporting this to his Drs. and I report this to you and will advise him to file a formal complaint

Elbridge W. Smith
SMITH HIMMELMANN AAL ALC
841 Bishop Street, Suite 909
Honolulu, Hawaii 96813
phone: 808.523.5050
fax: 808.538.1382

1

230

```
Confirmation Report-Memory Send

                                        Page       : 001
                                        Date & Time: Mar-11-02  03:55pm
                                        Line 1     : 808 4743598
                                        Machine ID : HRO COMNAVREG HI OFFICE

Job number         :  511

Date               :  Mar-11 03:54pm

To                 :  ☎995381382

Number of pages    :  002

Start time         :  Mar-11 03:54pm

End time           :  Mar-11 03:55pm

Pages sent         :  002

Status             :  OK

Job number   : 511              *** SEND SUCCESSFUL ***
```

Commander, Navy Region Hawaii
517 Russell Avenue, Suite 110
Pearl Harbor, HI 96860-4884
Phone: (808)474-3797
Fax (808)474-3798

**Human Resources Office**

# Fax

| To: | Elbridge Smith, Esq. | From: | Hazel Wong |
|---|---|---|---|
| Phone: | 808-530-5050 | Date: | March 11, 2002 |
| Fax: | 808-538-1382 | Pages: | 2 (includes coversheet) |
| Re: | Milton Kaopua | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

Elbridge,

The Fire Department's administrative staff sent out the attached notice to all fire stations in February 2002, along with a notice for another NAVSTA employee. The same notice also went out via email to command employees. In doing a spot check of some of the stations, the notices were not posted, so another notice was sent out today to all stations for posting. The Leave Transfer Coordinator did inform me today that someone from the command has donated 20 hours of leave to Mr. Kaopua and the donation is being processed now.

-Hazel

231

NAVAL STATION PEARL HARBOR

LEAVE TRANSFER ANNOUNCEMENT

ISSUE DATE: 19 FEB 02                                FILING DATE: 19 MAR 02

**TO ALL CIVILIAN PERSONNEL**

BACKGROUND:

   Mr. Milton Kaopua, Fire Department, has been affected by a personal emergency resulting in absences from work. These absences have resulted in a situation in which the employee is facing serious economic consequences because of the unavailability of paid leave. Mr. Kaopua applied for consideration under the Department of Navy (DON) Temporary Leave Transfer Program and his application to become a leave recipient was approved.

FILING INFORMATION:

   1. Employees interested in donating annual leave may obtain Leave Donor Applications from their Civilian Personnel Liaison, Code N13D, Building 150, 3rd Floor.

   2. Employees will submit applications through the chain of command to their Department/Office Heads who will ensure that annual leave is available for transfer, that the amount of leave requested for transfer does not exceed the limitations imposed and that the leave recipient is not the leave donor's immediate supervisor.

   3. Once approved, the payroll office will be notified of the leave transfer arrangements and the number of hours to be transferred to Mr. Kaopua's leave account.

   4. If the leave donor's application is disapproved, the XO will notify applicants in writing of the reasons for the disapproval.

ANNUAL LEAVE RESTORATION INFORMATION:

Upon termination of Mr. Kaopua's personal emergency, any transferred annual leave remaining to his credit will be restored to the annual leave accounts of the leave donors currently employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C. on the date the personal emergency terminates.

FOR ADDITIONAL INFORMATION, PLEASE CONTACT:

MRS. JULIA LUCAS, CIVILIAN PERSONNEL LIAISON AT 473-0054
FAX 473-4519

COMNAVREG HI POC: Millie Sunakoda, 473-1217

232