# Exhibit 16

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 15 2002

at 9 o'clock and 28 min. A.M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00309 |
| Plaintiff, ) | INFORMATION |
| vs. ) | [H.R.S. § 707-717] |
| ROBERT F. ABAD, ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

That on or about October 10, 2001, in the District of Hawaii, at Naval Magazine Lualualei, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, defendant ROBERT F. ABAD threatened, by word or conduct, to cause bodily injury to Milton K. Kaopua, in reckless disregard of the risk of terrorizing said Milton K. Kaopua.