# Exhibit 17

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

OCT 21 2002

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: CR 02-00309 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT ABAD, ) | |
| ) | |
| Defendant(s). ) | |

### JUDGMENT OF ACQUITTAL

The Court on October 18, 2002 having found the defendant, ROBERT ABAD, not guilty,

It is HEREBY ORDERED that the Information against ROBERT ABAD be dismissed.

Dated at Honolulu, Hawaii on     OCT 2 1 2002         .


Kevin S. C. Chang
United States Magistrate Judge


cc: USPO, PTS, USMASD