# Exhibit 18

FEDERAL FIRE DEPARTMENT
850 TICONDEROGA ST, STE 105
PEARL HARBOR, HAWAII 96860-5102

27 November 2002

From: Assistant Chief, Area 2A
To: Mr. Robert F. Abad, Supervisory Firefighter, GS-081-07

Subj: LETTER OF REPRIMAND

1. I am issuing this official letter of reprimand to you for Inappropriate Language.

2. Specifically, on 10 October 2001 at Fire Station 11 when Police Officer C. Hallberg informed you that you could not file a breaking and entering complaint against Fire Captain M. Kaopua because the ice machine at the station did not belong to you, you stated, "I guess I'll just have to shoot him" and when Police Officer Hallberg told you that was not a smart thing to say to a Police Officer, you stated, "That's what it is coming to." As a result of later being informed of your statements, Fire Captain Kaopua filed a temporary restraining order against you and a worker's compensation claim. The U. S. Attorney General's Office charged you with terroristic threatening; however, on October 21, 2002, United States Magistrate Judge Kevin S.C. Chang, U.S. District Court for the District of Hawaii, found you not guilty of the charge.

3. On 11 March 2002, Assistant Chief M. Yuen held a discussion with you concerning your inappropriate language. You explained you had made the statements out of anger and dissatisfaction because you did not get the lock cutting situation resolved. You also submitted a written statement on 20 March 2002 in which you stated you are not a violent person and would not under any circumstances harm or hurt another person. Further, you stated you realize by expressing your frustration in the way you did was wrong and you express your deepest apologies for all and any anxiety it caused.

4. I am issuing this letter to impress upon you the importance of conducting yourself in a professional manner at all times and to refrain from using inappropriate language to prevent further instances of this nature. Your statement, even if made out of frustration, was disruptive to the workplace and cannot be condoned. I hope that you have learned from this matter and in the future will contact me or a Civilian Employee Assistance Program Counselor to assist you in resolving any frustrations. Further instances of misconduct will not be tolerated and may result in more severe disciplinary action.

5. This letter will be filed in your Official Personnel Folder for a period not to exceed two (2) years. Should you commit another infraction for which disciplinary action is proposed, this letter of reprimand may be counted as a prior offense. A more severe penalty may be invoked, provided the date of this letter is within two years of the date of the notice of proposed action in which it is cited. If you have any questions concerning this letter, please feel free to contact me.

RECEIPT ACKNOWLEDGED

_[signature]_     11-28-02
Signature        Date

Subj: LETTER OF REPRIMAND

6. You may grieve this action within fifteen (15) calendar days after the date on which you receive this letter of reprimand through the grievance procedure as set forth in the Naval Station/International Association of Federal Firefighters, Local F-263, Collective Bargaining Agreement (CBA). You may submit your grievance to the Fire Chief. Representation and further processing of a grievance will be in accordance with the CBA.

7. If you desire further information about your grievance rights, you may contact Ms. Hazel Wong, Labor Advisor, Human Resources Office, COMNAVREGHI, at 474-3797.

G. de LAURA

Copy to:
HRO CNR N01CP.2A:HEW
HRSC:OPF

2