# Exhibit 19

FEDERAL FIRE DEPARTMENT
850 TICONDEROGA ST, STE 105
PEARL HARBOR, HAWAII 96860-5102

12752
9 July 2003

From: Assistant Chief, Area 2A
To: Mr. Robert F. Abad, Supervisory Firefighter, GS-081-07

Subj: PROPOSED SUSPENSION

1. This is a notice of proposed suspension. I propose to suspend you for three (3) calendar days for Failure to Follow Instructions.

2. Specifically, on 29 May 2003 at approximately 0815, you drove to Fire Station #11 at Naval Magazine Lualualei to retrieve ice from the ice machine. During that time, Fire Captain Milton Kaopua was still at the Fire Station and when he saw your vehicle, he left the station and reported your presence to the base police. You failed to follow my instructions to stay off the base and away from the area in order to avoid contact with Captain Kaopua due to his temporary restraining order against you, as well as, other issues.

3. On 29 May 2003, I called you about the matter above. When you returned my telephone call, you stated you were going home and went by the station to pick up ice. You stated you thought Captain Kaopua was already off duty. You said you were by Firefighter Daniel Heau and saw Captain Kaopua drive by the gate, turn around and come back on base and proceed to the police station. You stated you then left. You said at no time did you make contact of any type with Captain Kaopua. On 1 June 2003 I spoke to you at Fire Station #9, during which time you mentioned you had no idea Captain Kaopua was in the station and had made a bad choice to even go there. You also mentioned that you had gone there a few times to get ice, but called to find out who was the Captain so both of you would not be there together.

4. Your failure to follow my instructions cannot be condoned. I am very disappointed that you would jeopardize your job for ice. Your actions are again disruptive to the workplace and will not be tolerated. The Administration of Discipline Schedule of Offenses and Recommended Remedies in COMNAVREGHIINST 12000.1D, lists the remedy for an offense of Disobedience to Constituted Authorities, which is similar to Failure to Follow Instructions, to be Reprimand to Removal for a first offense; 5-day Suspension to Removal for a second offense; and 10-day Suspension to Removal for a third offense. Therefore, this proposed suspension action is within the range of remedies for a first offense.

5. You have the right to answer this notice orally and/or in writing and to furnish affidavits as well as other documentary evidence in support of such answer. Your reply must be submitted to the Fire Chief not later than ten (10) calendar days after receipt of this letter. If you wish to answer orally, you may contact the Fire Chief at 473-5233 to schedule an appointment. If you wish, you may be represented by an attorney or other representative who is willing to represent you in presenting your reply. Consideration will be given to extending the reply date if you

Subj: PROPOSED SUSPENSION

submit a request to the Fire Chief, stating the reasons for wanting more time. Any reply made will be given full consideration. You or your representative have the right to review the material relied on to support the reason(s) given in the notice. This is a proposal only. Your suspension, if found warranted, will not be effective until after you have received a letter of final decision.

6. If you wish to review the material relied on to support these reasons, have any questions or desire additional information, you may contact Ms. Hazel Wong, Labor Advisor, at 474-3797.

G. de LAURA

Copy to:
Deciding Official
HRO, CNR N01CP.2A:HEW


**RECEIPT ACKNOWLEDGED**

_____  7-29-03
Signature            Date

2