# Exhibit 20

FEDERAL FIRE DEPARTMENT
850 TICONDEROGA ST, STE 105
PEARL HARBOR, HAWAII 96860-5102

12752
14 August 2003

From: Fire Chief
To: Mr. Robert F. Abad, Supervisory Firefighter, GS-081-07

Subj: DECISION ON PROPOSED SUSPENSION

Ref: (a) Assistant Chief, Area 2A, ltr 12752 of 9 Jul 03

1. Reference (a) informed you that it was proposed to suspend you for three (3) calendar days for Failure to Follow Instructions. You were informed of your right to reply orally and/or in writing not later than ten (10) calendar days from receipt of reference (a).

2. You made an appointment with me to make an oral reply on 11 August 2003. However, you did not attend the appointment, nor did you call to notify me that you would not be attending. When Assistant Chief G. de Laura checked with you as to why you did not attend the meeting, you replied that you had things to do.

3. I have given thorough consideration to the charge as set forth in reference (a), and all available information. I find the reasons stated in reference (a) are fully supported by the evidence and warrant my taking disciplinary action to promote the efficiency of the service. Your misconduct cannot be condoned as it adversely affects the department's mission. I expect you to learn from this matter before you jeopardize your career. Your suspension will be effective on 01 September 2003 and will end on 03 September 2003. You are expected to return to regular duty at the beginning of your regular shift on 05 September 2003.

4. You may grieve this action within fifteen (15) calendar days after the effective date of the suspension action through the grievance procedure as set forth in the Naval Station/International Association of Federal Firefighters, Local F-263, Collective Bargaining Agreement (CBA). You may submit your grievance to me. Representation and further processing of a grievance will be in accordance with the CBA.

5. If you desire further information about your grievance rights, you may contact Ms. Hazel Wong, Labor Advisor, Human Resources Office, at 474-3797.

M. P. JONES

Copy:
NAVSTA Code 00C
HRO, CNR N... ...r.2A:HEW

RECEIPT ACKNOWLEDGED
_____  _____
Signature          Date