# Exhibit 22

NAME: Hazel Wong

assured in various documents that he could safely return. Then on August 27th, the attorney sent another letter, still arguing that Mr. Kaopua could not return to work until he had assurances that his work environment is safe so that he could successfully return to work. I sent Mr. Smith a letter, dated September 16, 2002, restating for the third or forth time that the Fire Department did take steps to ensure his safety and explained what had been done. I also explained why Mr. Abad was transferred and the conditions of his transfer and why Mr. Kaopua's transfer to Station 14 would have been appropriate, among other things.

7. After all these assurances, do you know why Mr. Kaopua still did not return to work?

I don't know.

8. Did you at any time discriminate against Mr. Kaopua because of his race and/or national origin?

No.

9. For the record, what is your race?

I am Japanese.

10. What is your national origin?

I am an American.

11. Did you discriminate against Mr. Kaopua because of his religion?

No, and I did not know what his religion was.

12. What do you identify with in terms of religion?

I am a Christian.

13. Did you discriminate against him because of his mental disability?

No.

NAME: Hazel Wong

14. Do you have a disabling condition?

No.

15. Is Mr. Kaopua considered to be a qualified individual with a disability? If no, why not?

No, because he was not precluded from working in other jobs.

16. Mr. Kaopua claims Chief DeLaura removed a logbook from Station 11 and that logbook contains important information regarding the events of October 2001. Is this correct? Where is the logbook?

Yes, I have this logbook because we need to preserve it in the event of any subsequent actions.

17. Mr. Kaopua says management failed to inform him of correct advance sick leave procedures and rights and failed to timely process his request. Did you have any involvement in this matter?

Mr. Kaopua is a supervisor and I would think he knows about these procedures and if he had any questions he should have called the admin officer. As far as I recall, the request was processed in a timely manner. I assisted Chief Jones in this matter and we concluded that 9 days of advance sick leave was appropriate because we didn't have a guarantee of when he would be returning to work and he was retiring in less than two years because of the mandatory retirement age of 57. This is all explained in Chief Jones's February 13, 2002 letter.

18. Mr. Kaopua says management failed to inform him of correct procedures and his rights under the leave transfer program. Is this correct?

Again, he is a supervisor and should know about this program and if he didn't know he should have called Ms. Salis.