# Exhibit 24



**DEPARTMENT OF THE NAVY**
HUMAN RESOURCES OFFICE
COMMANDER
NAVY REGION HAWAII
517 RUSSELL AVENUE
PEARL HARBOR, HAWAII 96860-4884

12000
N01CP.2A
August 27, 2002

Via Facsimile:  (808) 538-1382 [1 pg.]

Mr. Elbridge W. Smith, Esq.
841 Bishop Street, Suite 909
Honolulu, HI  86813

Re:  Milton Kaopua

Dear Mr. Smith:

This is to follow up on the telephone message I left you yesterday at about 1:20 p.m., since I have not received a call from you.  Mr. Kaopua's Area Chief, Mike Yuen, would like to know as soon as possible whether Mr. Kaopua will be returning to work on 9/2/02, since Dr. S. Ginandes', M.D., medical certificate only covers Mr. Kaopua until 9/1/02 and action needs to be taken now to terminate the temporary promotions made to fill Mr. Kaopua's position during his absence.  As provided in Fire Chief Michael Jones' letter of July 26, 2002, Mr. Kaopua's duty station is at the Lualualei Fire Station where he was previously assigned, and Mr. Abad has been moved out of the station so there will not be any contact with him.

Please contact me at 474-3797 or fax 474-3598 as soon as possible with Mr. Kaopua's plans, so I can relay them to Area Chief Yuen for appropriate action.

Sincerely,

*Hazel E. Wong*

Hazel E. Wong
Labor Advisor

Copy to:
Mr. Milton Kaopua
Area Chief M. Yuen

**264**

ENCLOSURE (23)