# Exhibit 26

## A FAX MESSAGE FROM:

# SMITH HIMMELMANN
ATTORNEYS AT LAW • A LAW CORPORATION

DAVIES PACIFIC CENTER • SUITE 909
841 BISHOP STREET • HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-5050
E-MAIL: shlaw@flex.com
Reply FAX Number: 808-538-1382

DATE: August 28, 2002

TO: Michael P. Jones, Chief, Federal Fire Department
c/o Hazel E. Wong, Labor Advisor
OF: COMNAVREG - Hawaii (Code N01CP.1B, HRO)
FAX Number: 474-3598 @ <08>

FROM: Elbridge W. Smith

RE: Milton K. Kaopua, Supv. Firefighter (Capt)

This is to advise you of three (3) typo mistakes in my fax letter to you of last night regarding this same matter. Near the middle of the second page I used Mr. Kaopua's name when I should have used Mr. Abad's name three times, relating to the threat, to disciplinary action and to firearms. The errors and corrections are noted here:

"Mr. ~~Kaopua~~ Abad threatened Mr. Kaopua's life, to a police officer. When served with the TRO, we are told that ~~he~~ Mr. Abad gave up an illegal firearm to the police. In what sense has the Fire Department's "Zero Tolerance" policy for violence and threats been practiced and upheld?

"Has any disciplinary action of any kind been taken against Mr. ~~Kaopua~~ Abad by the Fire Dept? What assurances do you have, and can you give, that Mr. Abad will not repeat this threat or act on his threat?

"Does Mr. ~~Kaopua~~ Abad own or possess any other firearms? How do you know?"

I apologize if these errors caused you any inconvenience.

Most sincerely yours,
SMITH HIMMELMANN

Elbridge W. Smith

cc: Milton Kaopua
    Shepard Ginandes, MD
fc: Dr. Robert Davé, PhD
    Jamie Neill, RN (OWCP)

**270**

*Specializing in Representing Federal Employees*

SHEPARD GINANDES, M.D.
Diplomate, American Board of Psychiatry

Psychiatry • Hypnosis • Forensic Psychiatry

8-29-02

My patient Milton Kaopua remains disabled from
work.  He has recovered sufficiently to enable him
to transition back into his job as Fire Captain
at the Lualualei station.  i will provide a
progress update within 30 days depending upon any
actions by employer to meet safety concerns.  (See
attorney's letter of 8-27-02).

Unless such affirmative responses are made by
employer, I cannot release him to work for 6 months
to one year.



**271**

WELLNESS DOCTORS, INC.
1188 BISHOP STREET, SUITE 2405 • HONOLULU, HAWAII 96813 • TEL: (808) 528-4125