# Exhibit 28

**Shigemasa, Cynthia**

**From:** Shigemasa, Cynthia [cynthia.shigemasa@cpms.osd.mil]
**Sent:** Friday, July 25, 2003 10:00 AM
**To:** Bradley, Jacob V CIV
**Subject:** RE: Discrimination Complaint of Milton Kaopua

Jake,

Is this also the same day he returned to duty?

-----Original Message-----
**From:** Bradley, Jacob V CIV [mailto:jacob.bradley@navy.mil]
**Sent:** Friday, July 25, 2003 8:10 AM
**To:** Shigemasa, Cynthia
**Subject:** RE: Discrimination Complaint of Milton Kaopua

Cynthia

He was released for duty on 21 November 02.

Jake

> -----Original Message-----
> **From:** Shigemasa, Cynthia [mailto:cynthia.shigemasa@cpms.osd.mil]
> **Sent:** Friday, July 25, 2003 7:56
> **To:** Bradley, Jacob V CIV
> **Subject:** Discrimination Complaint of Milton Kaopua
>
> I hope this is the last piece of information that I need – can you tell me the date that Mr. Kaopua returned to duty in November 2002.
>
> Thank you,
> Cynthia

7/25/03

303