# Exhibit 29

# SMITH HIMMELMANN
ATTORNEYS AT LAW • A LAW CORPORATION

DAVIES PACIFIC CENTER - SUITE 909
841 BISHOP STREET - HONOLULU, HAWAII 96813
TELEPHONE: 808.523.5050
FAX: 808.538.1382 or 815.377.1117
E-MAIL: shlaw@flex.com

February 2, 2002

Federal Fire Department
David Kaea, Deputy Chief
Glenn DeLaura, Area Chief
c/o Hazel Wong, Labor Advisor   via Fax: 474-3598 [@<08>]
COMNAVREG Hawaii HRC (Code CNR N01CP.1B)
4300 Radford Drive
Honolulu, Hawaii 96818

Re:   Milton K. Kaopua, Supv. Firefighter (Capt.) SSN: 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

Request for Advanced Sick Leave, and
Application for Voluntary Leave Transfer Program

Pursuant to COMNAVREGH1INST 12000.1C CH-3, [Paragraph 7.f. Advancing Sick Leave] page 403-9, Mr. Kaopua requests thirty (30) days of advanced sick leave retroactive to his last day of paid leave. A supporting medical statement is attached. Mr. Kaopua is not contemplating retirement or resignation. Additional advanced sick leave may be requested pending action on his OWCP claim and his request for leave transfer.

Mr. Kaopua also submits his form OPM 630 [fkn as OF-630, see, COMNAVREG HIINST 12000.1C CH3 Exhibit 1, page 406-10], requesting to become a leave recipient under the voluntary leave transfer program.

Mr. Kaopua has designated this firm as his representative for this and related matters and, given the severe nature of his current condition and medications and his doctors' joint prescriptions for rest and absence from the work site, we request any questions regarding these matters be addressed to us and that we be copied with any official correspondence to Mr. Kaopua or his physicians.

Most sincerely yours,
SMITH HIMMELMANN

Elbridge W. Smith

Encls: Medical Statement, OPM 630, Designation of Representative
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  original follows by mail/delivery
cc:   Mr. Milton K. Kaopua
      Herminio Merado, M.D., Shepard Ginandes, M.D., Robert M. Davé, Ph.D.

*Specializing in Representing Federal Employees*

234

ENCLOSURE (12)

FEDERAL FIRE DEPARTMENT
850 TICONDEROGA ST, STE 106
PEARL HARBOR, HAWAII 96860-5102

February 13, 2002

Mr. Elbridge W. Smith, Esq.
841 Bishop Street, Suite 909
Honolulu, HI 86813

Dear Mr. Smith:

This is in regard to your letter of February 2, 2002, requesting on behalf of Mr. Milton Kaopua, 30 days of advanced sick leave retroactive to his last day of paid leave.

A Firefighter works 144 hours per two-week pay period; therefore, 30 days of advanced sick leave for a regular employee working 8 hours per day equates to 18 days for a Firefighter. Sick leave for a Firefighter is earned at the rate of 7 hours per pay period. Firefighters have a mandatory retirement age of 57 years old. Mr. Kaopua has approximately 1 year and 8 months of service remaining after deduction of 6 months of absence based on his psychiatrist's letter of January 25, 2002. Therefore, Mr. Kaopua will only be granted 9 days of advanced sick leave at this time, since it will take approximately 1 year and 2 months to repay and there is no guarantee that Mr. Kaopua will return to work after 6 months, which will then leave the Fire Department at a loss.

By copy of this letter, the payroll office will be notified to process the grant of 9 days of advanced sick leave for Mr. Kaopua.

Mr. Kaopua's request to be a leave transfer recipient is being processed.

Sincerely,

Michael P. Jones

Copy to:
Payroll

**235**

ENCLOSURE (13)