# Exhibit 30



**DEPARTMENT OF THE NAVY**
HUMAN RESOURCES OFFICE
COMMANDER
NAVY REGION HAWAII
850 TICONDEROGA STREET
PEARL HARBOR, HAWAII 96860-5101

12713
Ser N01CP4/308
14 May 03

Certified No. 7002 2030 0001 8912 8351

From: Complaints Program Manager
To: Civilian Personnel Management Service, Office of Complaint Investigations

Subj: **DISCRIMINATION COMPLAINT OF MILTON KAOPUA VS HANSFORD T. JOHNSON, ACTING SECRETARY OF THE NAVY, DOCKET NO. DON 03-62813-001**

Ref: (a) CPMS DOD OCI HONO memo of 17 Apr 03

Encl: (1) Support documents

RECEIVED
MAY 2 2 2003
Office of Complaint
Investigations

1. Enclosure (1) is forwarded as requested by reference (a).

   a) **Statistical description of Complainant's organization, annotated to identify each employee by name; position title, series, and grade level; race and self-identified disability status.** Included at enclosure (1a), but statistics on national origin and religion are not available.

   b) **Identification of any employees, within the two years immediately preceding the matters at issue in the complaint who filed Workers' Compensation claims; who requested or received advance sick leave; and/or who received leave under the leave transfer program.** Able to provide the data for leave transfer program, enclosure (1b). Data for advance sick leave requests is not yet available. U.S. Department of Labor regulations prohibit the release of Workers' Compensation claims information.

   c) **Appropriate organizational chart.** Included at enclosure (1c).

   d) **Specifications of the "hostile work environment" to which Complainant was allegedly subjected between November 1998 and July 23, 2002 (in sufficient detail and identifying the coworker and the nature of the actions alleged to have created a hostile work environment).** Included at enclosure (1d), (a memorandum for the record providing the requested information).

   e) The following information is provided in accordance with each stated response:

   • **Evidence of what specific accommodation Complainant sought for his disability and management's response to his requested accommodation.** Included in the counselor's report in enclosures (20) and (21).

Subj: DISCRIMINATION COMPLAINT OF MILTON KAOPUA VS HANSFORD T. JOHNSON, ACTING SECRETARY OF THE NAVY, DOCKET NO. DON 03-62813-001

• Evidence showing the timelines (actual timelines for this case and, if applicable or available, those timelines legally required or typical of past experience in similar cases) for processing the Workers' Compensation claim documents and specifically identifying each Workers' Compensation claim, as well as when each claim was processed and the final outcome (or current status) of each claim. As noted in (1b) above, U.S. Department of Labor regulations prohibit the release of Workers' Compensation claims information. For information on the timeline of the Complainant's claim processing, see the counselor's report on pages 12-13, interview with Ms. DeVita.

• Evidence showing when and how Complainant requested advance sick leave; the timeline for processing his request; and whether (and to what extent) advance sick leave was approved (or the current status of the advance sick leave request). As noted in (b) above, the information about advance sick leave is included there. In addition, the timeline for the Complainant's request for advance sick leave is discussed on page 13 of the counselor's report.

• Evidence showing when and how Complainant applied for the leave transfer program and to what extent he received the benefits of that program (or current status of his request). This is discussed on pages 13-15 of the counselor's report, including a response by the Labor Advisor, Ms. Wong.

f) All regulations, operating procedures, and publicity issued at relevant times regarding:

• Reasonable accommodation for employees with disabilities. See COMNAVREGHIINST 12000.1D, dated 18 July 2002, Section 603, PERSONS WITH DISABILITIES/DISABLED VETERANS PROGRAM.

• Workers' Compensation claim processing. See COMNAVREGHIINST 120000.1D, dated 18 July 2002, Section 421, INJURY COMPENSATION and 20 CFR Parts 10 and 25, Section 10.110.

• Advance sick leave. See COMNAVREGHIINST 12000.1D, dated 18 July 2002, Section 403, ABSENCE AND LEAVE.

• Leave transfer program. See COMNAVREGHIINST 12000.1D, dated 18 July 2002, Section 406, LEAVE TRANSFER PROGRAM.

RAYNETTE ALGOSO

125

Copy to:
Mr. Elbridge Smith, Complainant's representative (Certified No. 7002 2030 0001 8912 8375)
Mr. Milton Kaopua, Complainant (Certified No. 7002 2030 0001 8912 8368)
Code N01CP2 (Hazel Wong)

NAVAL STATION FIRE DEPARTMENT
2002/11
4/21/03

| FULL NAME | PAYPL | SERIE | GRA | TITLE | MGD | BDCP |
|---|---|---|---|---|---|---|
| NAKASONE BRYAN K | GS | 0081 | 12 | SUPV FIREFIGHTER | Q | 05 |
| GILDING DAMIEN E | GS | 0081 | 11 | SUPV FIREFIGHTER | E | 05 |
| YUEN MICHAEL S | GS | 0081 | 11 | SUPV FIREFIGHTER | G | 05 |
| LEE JACK D JR | GS | 0081 | 11 | SUPV FIREFIGHTER | K | 05 |
| DELAURA GLENN T | GS | 0081 | 11 | SUPV FIREFIGHTER | K | 05 |
| MASON WALLACE D B | GS | 0081 | 08 | SUPV FIREFIGHTER | H | 05 |
| KAAUWAI GLENN K | GS | 0081 | 08 | SUPV FIREFIGHTER | K | 05 |
| CASSERLY THOMAS F JR | GS | 0081 | 08 | SUPV FIREFIGHTER (AIRFI | E | 15 |
| MARTINEZ STANLEY | GS | 0081 | 08 | SUPV FIREFIGHTER | H | 05 |
| OTINERU JOSEPH A | GS | 0081 | 08 | SUPV FIREFIGHTER | Q | 05 |
| ABAD ROBERT F | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| HOLT LAWRENCE R | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| KOBAYASHI DAVE M | GS | 0081 | 07 | SUPV FIREFIGHTER | L | 05 |
| CAMPOS FLORENTINO V | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| AREVALO RONNIE L | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| WONG AARON K | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| REGO ARTHUR M | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| RAPOZA CHRIS J | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| KON NORMAN W L | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| BEHIC FRANCIS T | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| WHITTINGTON RODNEY | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| MITCHELL RICHARD K | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| KAOPUA MILTON K | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| AGUIAR DOUGLAS A | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| PAPA RICHARD K JR | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| KAOHI ROBERT C | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| NARVAEZ THOMAS P JR | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| BROWN DAN K | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| NISHIGUCHI LAURENCE E | GS | 0081 | 07 | SUPV FIREFIGHTER | Q | 05 |
| QUINTAL STEVEN M | GS | 0081 | 07 | SUPV FIREFIGHTER | F | 05 |
| FLORES ROBERT | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| COZO EMIL T F SR | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| CORTEZ ANSON K | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| DETOMASO MICHAEL H | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| DIXON LAWRENCE D | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| LONO GLENN P | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 15 |
| LOPEZ CLYDE | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| STODDARD PAUL O | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 22 |
| SARSONA LEONARD J | GS | 0081 | 07 | SUPV FIREFIGHTER | H | 05 |
| FREITAS EMERY S | GS | 0081 | 07 | SUPV FIREFIGHTER | L | 05 |
| FRY DANIEL C | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| AKIYAMA RON K | GS | 0081 | 07 | SUPV FIREFIGHTER | L | 05 |
| LYON WILLIAM C | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| MAYEDA GLENN D | GS | 0081 | 07 | SUPV FIREFIGHTER | L | 05 |
| VINTA ALLEN M | GS | 0081 | 07 | SUPV FIREFIGHTER | K | 05 |
| LAKE JAMES K JR | GS | 0081 | 07 | SUPV FIREFIGHTER | E | 05 |
| BRILHANTE STANLEY D J | GS | 0081 | 06 | FIREFIGHTER | E | 05 |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE
Any Misuse or Unauthorized
Disclosure may result in both
Civil & Criminal Penalties


124
Page 1

ENCLOSURE (1a)

| FULL NAME | PAYPL | SERIE | GRA | TITLE | MGD | HDCP |
|---|---|---|---|---|---|---|
| KOKI WALTER L | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| KIYAN HARRY M | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| KITAMURA MASON K | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| LARA AARON R | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| KOCH GERALD W | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| KUNIHIRO KEN Y | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| KANALULU JEROME N | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| KUKAHIKO VALENTINE A | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| GULICK PAUL K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| DREW EDWARD L | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| DUARTE BLAZE R | GS | 0081 | 06 | FIREFIGHTER | Q | 05 |
| DUTRO HENRY | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| ECKERT DOUGLAS E | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| CONVARD EUGENE P | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| FUJIOKA NEIL S | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| FURUTA SHANE T | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| FUSE DOUGLAS T | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| CONSELVA DWANE A | GS | 0081 | 06 | FIREFIGHTER | H | 05 |
| YOSHIMOTO RYAN K | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| GONZALES DOUGLAS E | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| IKEHARA RONALD M | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| GUILLAUME JOSEPH W | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| KAIAMA EDWARD N JR | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| CHANG KAI MING | GS | 0081 | 06 | FIREFIGHTER | G | 05 |
| HANDLEY CARLTON K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| HARUNO MICHAEL M | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| HARVELL JOHN R | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| CHANDLER ROBERT P | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| HEE MERRICK M | GS | 0081 | 06 | FIREFIGHTER | G | 05 |
| MALTERRE JAMES L | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| HOWE SHAWN P | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| CHAMIZO DANIEL JR | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| JACOBSEN BRUCE I | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| WONG BENJAMIN M | GS | 0081 | 06 | FIREFIGHTER | G | 05 |
| CARLSON THOMAS W | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| CHUN HERMAN K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| SMITH GORDON A K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| BREEZE PETER J | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| PIAMONTE GREGORY A | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| PRATT ERIC W | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| ARNDT DANIEL C | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| REVUELTO DENNIS L | GS | 0081 | 06 | FIREFIGHTER | K | 01 |
| RHODE ERIC K | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| SANDERS MATTHEW E | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| SANTOS PATRICK A | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| ALO JAMES N | GS | 0081 | 06 | FIREFIGHTER | Q | 05 |
| SCHRADER PAUL W | GS | 0081 | 06 | FIREFIGHTER | E | 05 |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE
Any Misuse or Unauthorized
Disclosure may result in both
Civil & Criminal Penalties



Page 2

127

| FULL NAME | PAYPL | SERIES | GR | TITLE | MGD | RPCT |
|---|---|---|---|---|---|---|
| AWONG JOHN III | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| SHIMABUKURO REID S | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| PERRY CARSON L | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| AKIONA JOHN K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| SOUZA DEAN K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| STROHLIN CHARLES B | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| AHULAU LANCE K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| TAKUSHI PETER H | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| TAMAYOSHI DEAN C | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| AHSAM MICHAEL E | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| TATEKAWA RAYMOND M | GS | 0081 | 06 | FIREFIGHTER | Q | 05 |
| VALENTE LAMBERT V K | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| VILLALPANDO ROBERT I | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| SENARIGHI ANTHONY K | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| WAMBERG CHRIS J | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| LUNASCO JEFFREY | GS | 0081 | 06 | FIREFIGHTER | H | 05 |
| MAGNANI CHRISTOPHER | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| MAMALIAS RANDALL A | GS | 0081 | 06 | FIREFIGHTER | H | 05 |
| BELASKI MANUEL | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| MCANALLY PATRICK C | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| MCGILL RAYMOND K | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| MELEMAI BERNARD L JR | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| MITCHELL BARRY S | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| MOLO REED A | GS | 0081 | 06 | FIREFIGHTER | A | 05 |
| BARROS THOMAS R | GS | 0081 | 06 | FIREFIGHTER | D | 05 |
| PASCO MYRON L | GS | 0081 | 06 | FIREFIGHTER | H | 05 |
| NEWCOMB CHARLES R | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| OKIMOTO REID Y | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| NOBRIGA HARVEY K | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| PADEKEN GEORGE M JR | GS | 0081 | 06 | FIREFIGHTER | K | 05 |
| VISITACION EDWARD C | GS | 0081 | 06 | FIREFIGHTER | H | 05 |
| BANAS ALFREDO D III | GS | 0081 | 06 | FIREFIGHTER | H | 05 |
| NG DELTON O K | GS | 0081 | 06 | FIREFIGHTER | G | 05 |
| MONTGOMERY JASON K | GS | 0081 | 06 | FIREFIGHTER | E | 05 |
| OTANI RANDALL T | GS | 0081 | 06 | FIREFIGHTER | L | 05 |
| BERDON RAYMOND JR | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| ABERILLA JOSHUA F | GS | 0081 | 05 | FIREFIGHTER | D | 05 |
| BENNETT DANIEL K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| AHSAM KAI C | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| COOPER ROBIN M | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| AINA BENEDICT | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| ARCHULETA SABIN L | GS | 0081 | 05 | FIREFIGHTER | D | 05 |
| ARROWSMITHSTEGER J | GS | 0081 | 05 | FIREFIGHTER | D | 05 |
| APUNA BRANDON G | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| ALUALU FOLAFOLAGA | GS | 0081 | 05 | FIREFIGHTER | N | 05 |
| CARTER JAMES A | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| KAM GAYLORD M K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE
Any Misuse or Unauthorized
Disclosure may result in both
Civil & Criminal Penalties



Page 128

| FULL NAME | PAYPL | SERIE | GRAD | TITLE | | |
|---|---|---|---|---|---|---|
| RODRIGUES LESLIE C | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| RITTMEISTER BENJAMIN | GS | 0081 | 05 | FIREFIGHTER | D | 05 |
| RICHEY L LARUE | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| PUNI PUNI JR | GS | 0081 | 05 | FIREFIGHTER | N | 05 |
| SMITH VINCENT C | GS | 0081 | 05 | FIREFIGHTER | M | 05 |
| PAVAO MITCHELL N | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| SOLA POUTOA | GS | 0081 | 05 | FIREFIGHTER | N | 05 |
| KLOPP BRAD P | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| SONOGNINI JOSEPH K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| MAKUA JOHN O | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| LEUNG TONY K K | GS | 0081 | 05 | FIREFIGHTER | G | 05 |
| SATSUDA RYAN T | GS | 0081 | 05 | FIREFIGHTER | L | 05 |
| KO ELDEN K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| MYNATT GARY G | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| HAKKEI GARY I | GS | 0081 | 05 | FIREFIGHTER | L | 05 |
| YAP BRYON K W | GS | 0081 | 05 | FIREFIGHTER | G | 05 |
| FUJIOKA CRAIG F | GS | 0081 | 05 | FIREFIGHTER | L | 05 |
| GALLEGO ROLAND C | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| WILLIAMS HERBERT P | GS | 0081 | 05 | FIREFIGHTER | C | 91 |
| LEINAU JOSHUA I | GS | 0081 | 05 | FIREFIGHTER | E | 05 |
| GUERRERO DINO JOHN K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| KAINA CHARLES K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| HEAU DANIEL J | GS | 0081 | 05 | FIREFIGHTER | G | 05 |
| WHITTINGTON JAHROD J | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| TANAKA KIPP Y | GS | 0081 | 05 | FIREFIGHTER | L | 05 |
| SUNADA SHELDON K | GS | 0081 | 05 | FIREFIGHTER | L | 05 |
| KAEKA ERIC K | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| KAHAI AUGUSTINE III | GS | 0081 | 05 | FIREFIGHTER | K | 05 |
| CURTIS MICHAEL A | GS | 0081 | 04 | FIREFIGHTER | E | 05 |
| DEMELLO PATRICK H | GS | 0081 | 04 | FIREFIGHTER | E | 05 |
| DELOSSANTOS RANDY B | GS | 0081 | 04 | FIREFIGHTER | H | 05 |
| RUIZ JAYTON L | GS | 0081 | 04 | FIREFIGHTER | K | 05 |
| AKANA ELROY J | GS | 0081 | 03 | FIREFIGHTER | K | 05 |
| POWELL JONATHAN S | GS | 0081 | 03 | FIREFIGHTER | K | 05 |
| ODLAND STEVEN K | GS | 0081 | 03 | FIREFIGHTER | E | 05 |
| BARBIETO SR DOUGLAS | GS | 0081 | 03 | FIREFIGHTER | E | 05 |
| MARKS JOSEPH R | GS | 0081 | 03 | FIREFIGHTER | K | 05 |
| KAEA MATTHEW I | GS | 0081 | 03 | FIREFIGHTER | K | 05 |
| CASTRO SEAN K | GS | 0081 | 03 | FIREFIGHTER | K | 05 |
| ILAGAN WALTER W | GS | 0081 | 03 | FIREFIGHTER | H | 05 |
| CHUN SEAN S | GS | 0081 | 03 | FIREFIGHTER | G | 05 |
| FAUROT ERIC K | GS | 0081 | 03 | FIREFIGHTER | K | 05 |
| MEYERS JASON K | GS | 0081 | 03 | FIREFIGHTER | K | 05 |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE
Any Misuse or Unauthorized
Disclosure may result in both
Civil & Criminal Penalties

129
Page 4

| FULL NAME | PAYPL | SERIE | GRA | TITLE | JGD | HDCP |
|---|---|---|---|---|---|---|
| JONES MICHAEL P | GS | 0081 | 14 | FIRE CHIEF | Q | 05 |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE
Any Misuse or Unauthorized
Disclosure may result in both
Civil & Criminal Penalties

130

Page 1