EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILTON K. KAOPUA, | ) | CIVIL NO. 04-00723 JMS-KSC |
| | ) | |
| Plaintiff, | ) | AMENDED NOTICE OF HEARING ON |
| | ) | DEFENDANT'S MOTION TO DISMISS, |
| vs. | ) | OR IN THE ALTERNATIVE, FOR |
| | ) | SUMMARY JUDGMENT; CERTIFICATE |
| Federal Fire Department; | ) | OF SERVICE |
| GORDON R. ENGLAND, Acting | ) | |
| Secretary, Department of the | ) | OLD DATE: |
| Navy, | ) | DATE: June 19, 2006 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: J. Michael Seabright |
| | ) | |
| | ) | NEW DATE: |
| | ) | DATE: July 18, 2006 |
| | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: J. Michael Seabright |
| | ) | |

AMENDED NOTICE OF HEARING ON DEFENDANT'S MOTION
TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

TO:  ELBRIDGE W. SMITH
     745 Fort Street Mall, Suite 311
     Honolulu, Hawaii 96813-3803

     Attorney for Plaintiff
     MILTON K. KAOPUA

Please take notice that the undersigned filed a Motion to Dismiss, Or, In the Alternative, Motion for Summary Judgment on March 15, 2006.  This hearing has been rescheduled before the Honorable J. Michael Seabright, United States District Judge, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on July 18, 2006 at 10:00 a.m. or as soon thereafter as counsel may be heard.

DATED: May 23, 2006, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          UNITED STATES ATTORNEY
          DISTRICT OF HAWAII

          /s/ Thomas A. Helper for

          By _____
            R. MICHAEL BURKE
            Assistant U.S. Attorney

          Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILTON K. KAOPUA, | ) | CIVIL NO. 04-00723 JMS-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal Fire Department; GORDON R. ENGLAND, Acting Secretary, Department of the Navy, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) ) ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served Electronically through CM/ECF:

ELBRIDGE W. SMITH    shlaw@hawaii.rr.com

May 23, 2006


DATED: May 23, 2006, at Honolulu, Hawaii.


/s/ Myra Y. Peterson
_____