EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
SECRETARY OF THE NAVY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA,                )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>    vs.                           )<br>                                  )<br>Federal Fire Department;          )<br>GORDON R. ENGLAND, Acting         )<br>Secretary, Department of the     )<br>Navy,                             )<br>                                  )<br>        Defendants.               )<br>                                  )<br>                                  )<br>_____) | CIVIL NO. 04-00723 JMS-KSC<br><br>STIPULATION TO EXTEND TRIAL<br>DATE AND ORDER |

STIPULATION TO EXTEND TRIAL DATE AND ORDER

Comes now plaintiff Milton K. Kaopua, by and through his counsel Elbridge Smith, and federal defendant, Gordon R. England, Secretary of the Navy, by and through its counsel, R. Michael Burke, and hereby state as follows:

      1.  Non-Jury Trial in this matter is currently scheduled for July 25, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright, United States District Judge.

      2.  The parties hereby stipulate to continue the Trial date from July 25, 2006 to October 17, 2006.

WHEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, as follows:

      1.  Non-Jury Trial in this matter is continued to October 17, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.

      2.  Final Pretrial Conference is continued to September 5, 2006 at 9:00 a.m. before Magistrate Kevin S.C. Chang.

      3.  Final Pretrial Statement is due by August 29, 2006.

      4.  Non-Dispositive Motions due by July 19, 2006.

      5.  Motions in Limine, Final Witness List, Stipulations re: Authenticity/Admissibility of Proposed Exhibits, and Deposition Excerpt Designations due by September 26, 2006.

      6.  Trial Brief, Objections to the Exhibits, Deposition Counter Designations and Objections, and Opposition Memorandum to Motion in Limine due by October 3, 2006.

      7.  Exchange of Exhibits and Demonstrative Aids are due by September 19, 2006.

      8.   Dispositive Motions and Defendant's Expert Witness Disclosures closed.

      9.   Plaintiff's Expert Witness Disclosure closed.

      9.   Discovery deadline is August 18, 2006.

                             EDWARD H. KUBO, JR.
                               UNITED STATES ATTORNEY
                               DISTRICT OF HAWAII

/s/ Elbridge W. Smith               /s/ Thomas A. Helper for
_____   By _____
ELBRIDGE W. SMITH                    R. MICHAEL BURKE
                                     Assistant U.S. Attorney

Attorney for Plaintiff          Attorneys for Defendant
MILTON K. KAOPUA               SECRETARY OF THE NAVY

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii June 2, 2006.

                                   J. Michael Seabright
                                   United States District Judge

Kaopua v. Secretary of the Navy, et al.,
Civil No. 04-00723 JMS KSC
"Stipulation To Continue Trial Date and Order"