**SMITH HIMMELMANN**
Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-5050
Fax No.:  (808) 538-1382
Email: shlaw@hawaii.rr.com
Attorneys  for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA,<br>　　　　　　　　Plaintiff,<br>　　vs.<br>FEDERAL FIRE DEPARTMENT;<br>DONALD C. WINTER, Secretary,<br>Department of the Navy,<br><br>　　　　　　　　Defendants. | )  CV- 04 00723 JMS / KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

H:\CLIENTS\Kaopua\Plead - USDC\07-03-06 Plaintiff's Notice of Counsel Status.wpd

## PLAINTIFF'S  NOTICE OF  COUNSEL  STATUS

Plaintiff William C. Park, by and through his counsel undersigned, hereby gives notice that former associate attorney Terence Y. Herndon is no longer associated with counsel of record SMITH HIMMELMANN, AAL, ALC, and should not be included in the court record or for service in this action.

DATED: Honolulu, Hawaii, July 3, 2006.

　　　　　　　　　　　　　　　　　　　　 /s/ Elbridge W. Smith
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff