**SMITH HIMMELMANN**
Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA, | ) CV- 04 00723 JMS / KSC |
| Plaintiff, | ) |
| vs. | ) Plaintiff's (Corrected) Notice of |
| FEDERAL FIRE DEPARTMENT; | ) Counsel Status; Certificate of Service |
| DONALD C. WINTER, Secretary, | ) |
| Department of the Navy, | ) |
| | ) |
| Defendants. | ) |

H:\CLIENTS\Kaopua\Plead - USDC\07-03-06 Plaintiff's Corrected Notice of Counsel Status.wpd

**PLAINTIFF'S (Corrected) NOTICE OF COUNSEL STATUS**

Plaintiff MILTON K. KAOPUA, by and through his counsel undersigned, hereby gives notice that former associate attorney Terence Y. Herndon is no longer associated with counsel of record SMITH HIMMELMANN, AAL, ALC, and should not be included in the court record or for service in this action.

DATED: Honolulu, Hawaii, July 5, 2006.

*[signature: Elbridge W. Smith]*

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA, ) | CIVIL NO. CV04 00723 JMS / KSC |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| FEDERAL FIRE DEPARTMENT; ) | |
| DONALD C. WINTER, Secretary, ) | |
| Department of the Navy, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I HERE BY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served Electronically through CM/ECF:

Edward H. Kubo, Jr., United States Attorney, District of Hawaii
R. Michael Burke, Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg., Honolulu, Hawaii 96850

e-mail: Mike.Burke@usdoj.gov

Dated: Honolulu, Hawaii July 05, 2006.

/s/ Elbridge W. Smith
_____
Elbridge W. Smith
Attorney for Plaintiff