# EXHIBIT "B"

# INCIDENT REPORT

**INCIDENT NUMBER:** 016281303509

**REPORT TYPE:** [X] INITIAL  [ ] SUPPLEMENTAL

**AUTHORITY:** 5 USC 301;10 USC 5031;44 USC 3103 and EO 9397   **PRIVACY ACT STATEMENT**

**PRINCIPAL PURPOSE:** Used to record information and details of criminal activity which may require investigative action by commanding officers, supervisors, security police, NCIS special agents, etc. Used to provide information to the appropriate individuals within DoD organizations who ensure that proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state and federal law enforcement or investigatory authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement and as a conduit to check past criminal activity records.

*SECTIONS OR BLOCKS THAT DO NOT APPLY TO A REPORTED OFFENSE SHOULD BE LEFT BLANK*

## SECTION I. ADMINISTRATIVE

| DATE REC'D (YYYYMMDD) | TIME REC'D (24 Hour) | INCIDENT RECEIVED: |
|---|---|---|
| 2001/10/24 | 1200 | [X] In Person  [ ] By Telephone  [ ] By Radio  [ ] By Alarm  [ ] By Crime Stop Call/911  [ ] Other: |

## SECTION II. COMPLAINANT (If not Victim/Witness) (Use "Complainant/Witness/Sponsor" Addendum sheet for additional Complainants)

| LAST NAME | FIRST | MIDDLE | SSN/ALIEN REG.# | GRADE/RANK |
|---|---|---|---|---|
| HALLBERG | COLIN | A. | | GS-06 |

**BRANCH OF SERVICE:** [ ] ARMY  [ ] NAVY  [ ] AIR FORCE  [ ] MARINE CORPS  [ ] COAST GUARD  [ ] OTHER: _____

**STATUS:** [ ] REG. (ACTIVE)  [ ] RESERVE  [ ] RETIRED  [ ] NATIONAL GUARD  [ ] FAMILY MEMBER  [X] CIVILIAN EMPLOYEE  [ ] CIVILIAN (NO GOV.AFF.)

**DUTY STATION/EMPLOYER:** NAVSTAPH SECDET
**UIC/RUC:** 62813
**WORK TELEPHONE:** 668-7114
**ADDRESS:** 
**CITY:** 
**STATE:** HI
**ZIP CODE:** 

## SECTION III. OFFENSE (Use "Offense" Addendum for additional Offenses)

| DATE(S) OF INCIDENT (YYYYMMDD) | | TIME(S) OF INCIDENT (24 Hour) | | OFFENSE STATUS: (Check Only One Per Offense) |
|---|---|---|---|---|
| From: 2001/10/10 | To: | From: 1645 | To: | 1. [ ] ATTEMPTED [X] COMPLETED  2. [ ] ATTEMPTED [ ] COMPLETED  3. [ ] ATTEMPTED [ ] COMPLETED |

### OFFENSE DATA

| STATUTORY BASIS (SEE CODE BELOW) | OFFENSE DESCRIPTION | LOCATION/ADDRESS | ON BOARD MILITARY INSTALLATION (YES/NO) |
|---|---|---|---|
| F | 13C-communicating a threat | Federal Fire station #111, Bldg 441 Kolekole rd. Waianae Hi 96792 | YES |
| 2. | | | |
| 3. | | | |

**STATUTORY BASIS CODES:** (U) UCMJ  (F) Federal  (S) State  (L) Local  (X) Foreign

**WEATHER CONDITIONS:** (Max 3)  [X] Clear  [ ] Cloudy  [ ] Rain  [ ] Foggy  [ ] Ice  [ ] Snow  [ ] Unknown  [ ] Other: _____

**LIGHTING:**  [X] Daylight  [ ] Dusk  [ ] Dawn  [ ] Dark (Lighted)  [ ] Dark (Not Lighted)  [ ] Unknown

### OFFENDER USED / TYPE WEAPON/FORCE USED (Max 3) (Enter in box an "A" if fully automatic weapon; "M" if manual; "S" if semi-automatic)

| Offender Used | Weapon/Force | | |
|---|---|---|---|
| Alcohol | Firearm (Not Listed) | Knife/Cutting Tool | Poison | Asphyxiation |
| Drugs/Narcotics | Handgun | Blunt Object | Explosives | Unknown |
| Computer Equipment | Rifle | Motor Vehicle | Fire/Incendiary | None |
| [X] Not applicable | Shotgun | Bodily Force (Hands/Feet) | Narcotic/Drug | Other (Specify) |

### LOCATION OF OFFENSE (Enter 1,2,or 3 if multiple incidents occurred at different locations)
[ ] U.S. & Possessions    [X] Outside U.S. & Possessions

| | | |
|---|---|---|
| Exchange/Dept/Discount Store | Air/Bus/Train Terminal | Rental/Storage Facility | Dining Facility/Restaurant |
| School (Elem,High)/College | Training/Service School | Lake/Waterway/Ocean | Bank/Credit Union |
| NCO Club/Officer Club/Bar | Training Area/Field/Woods | Contruction Site | Service/Gas Station |
| [X] Government/Public Building | Highway/Road/Alley/Sidewalk | Hospital/Clinic | On Board Ship |
| BOQ/CBQ/Lodge/Hotel | Commissary/Grocery Store | Child Care Facility | On Board Aircraft |
| Package/Liquor Store | Chapel/Church/Synagogue | Specialty Store/Concessionaire | Other (Specify) |
| Shoppette/Convenience Store | Commercial/Office Building | Quarters/Barracks/Residence/Berthing | Unknown |
| Corrections Facility/Jail/Prison | Recreation Area/Park | Motor Pool/Parking Lot/Garage | |

### TYPE OF CRIMINAL ACTIVITY (If larceny, forgery, pornography, gambling, drugs or weapons violation) (Max 3)

| | | |
|---|---|---|
| Buying/Receiving | Operating/Promoting/Assisting | Destruction/Vandalism |
| Cultivating/Manufacturing/Publishing | Possessing/Concealing | Harassment/Stalking |
| Distributing/Selling | Transporting/Transmitting/Importing | Other (specify) |
| Exploiting Children | Using/Consuming | |

OPNAV 5527/1 JUN98    PREVIOUS EDITION IS OBSOLETE.    FOR OFFICIAL USE ONLY (When filled in)    PAGE 1 OF 5 PAGES
S/N: 0107-LF-114-9600

**EXHIBIT B**

ENCLOSURE (6-1)

## SECTION III. OFFENSE (Cont.)

### VEHICLE DESCRIPTION

| VEHICLE STATUS | YEAR | MAKE | MODEL |
|---|---|---|---|
| ☐ Suspect ☐ Stolen ☐ Recovered ☐ Target | | | |

**STYLE**
- ☐ Sedan (2DR)
- ☐ Sedan (4DR)
- ☐ Pickup
- ☐ Motorcycle
- ☐ RV/Camper
- ☐ Tractor Trailer
- ☐ Van
- ☐ Boat
- ☐ Other: _____

| COLOR | LICENSE PLATE # | STATE |
|---|---|---|

VIN: 

OWNER NAME: 

OTHER IDENTIFYING MARKS:

### BURGLARY/B & E ONLY:  ☐ Force  ☐ No Force  ☐ # of Premises Entered

**METHOD OF ENTRY** (Max 3)
- ☐ Door Knob Twist
- ☐ Door Kicked In
- ☐ Door Open/Unlocked
- ☐ Door Pried
- ☐ Door Other
- ☐ Delivery
- ☐ Garage
- ☐ Bodily Force
- ☐ Sliding Door
- ☐ Door Type Other
- ☐ Lock Cut/Removed
- ☐ Lock Forced/Broken
- ☐ Lock Forced (Hasp)
- ☐ Lock Pried
- ☐ Lock Other
- ☐ Remain On Premise
- ☐ Tunneled
- ☐ Screen Cut
- ☐ Screen Pried
- ☐ Screen Removed
- ☐ Screen Other
- ☐ Window Broken
- ☐ Window Cut
- ☐ Window Open/Unlock
- ☐ Window Pried Open
- ☐ Window Removed
- ☐ Window Other
- ☐ Cut Hole in Wall
- ☐ Unknown
- ☐ Other: _____

**CONDITION OF PREMISE** (Max 1)
- ☐ Occupied
- ☐ Unoccupied
- ☐ Vacant (Temp. Unocc.)
- ☐ Vacant

**TOOLS USED** (Max 3)
- ☐ Bar/Pipe
- ☐ Bodily Force
- ☐ Bolt Cutters
- ☐ Chopping Tool
- ☐ Explosive
- ☐ Gripping Tool
- ☐ Hammer
- ☐ Pry Tool
- ☐ Saw/Drill
- ☐ Wire
- ☐ Screwdriver
- ☐ Missile
- ☐ Unknown
- ☐ Other:

INCIDENT NUMBER: 01628130350 9

### BIAS MOTIVATION  (X) (All Hate/Bias Motivated Offenses Must be Reported to NCIS)

| X None | ☐ Anti-Alaskan Native | ☐ Anti-Catholic | ☐ Anti-Agnostic |
|---|---|---|---|
| ☐ Anti-White | ☐ Anti-Asian | ☐ Anti-Islamic (Moslem) | ☐ Anti-Homosexual |
| ☐ Anti-Black | ☐ Anti-Pacific Islander | ☐ Anti-Protestant | ☐ Anti-Male Homosexual |
| ☐ Anti-Arab | ☐ Anti-Other Ethnicity/Origin | ☐ Anti-Multi-Religious Group | ☐ Anti-Female Homosexual |
| ☐ Anti-Hispanic | ☐ Anti-Multi-Racial Group | ☐ Anti-Other Religion | ☐ Anti-Heterosexual |
| ☐ Anti-American Indian | ☐ Anti-Jewish | ☐ Anti-Atheism | ☐ Anti-Bisexual |

## SECTION IV. PROPERTY (Use "Property" Addendum sheet for additional Property)

| CODE (a) | TYPE (b) | QTY | DESCRIPTION | MAKE/MODEL | SIZE | SERIAL # | COLOR | VALUE | S/U (c) | OWNER (d) | DISP (e) | # VEH. RECOVERED | DATE RECOVERED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### a. PROPERTY DESCRIPTION CODE

- 01 - Aircraft
- 02 - Alcohol
- 03 - Automobile
- 04 - Bicycle
- 05 - Bus
- 06 - Clothes/Furs
- 07 - Computer Hard/Software
- 08 - Consumable Goods
- 09 - Credit/Debit Cards
- 10 - Drugs/Narcotics
- 11 - Drug/Narcotic Equipment
- 12 - Farm Equipment
- 13 - Firearms
- 14 - Gambling Equipment
- 15 - Heavy Construction Equip.
- 16 - Household Goods
- 17 - Jewelry/Precious Metals
- 18 - Livestock
- 19 - Merchandise
- 20 - Money
- 21 - Negotiable Instruments
- 22 - Nonnegotiable Instruments
- 23 - Office-Type Equipment
- 24 - Other Motor Vehicles
- 25 - Purse/Handbag/Wallet
- 26 - Radio/TV/VCR
- 27 - Recording - Audio/Visual
- 28 - Recreational Vehicle
- 29 - Structures - Single Occupancy
- 30 - Structures - Other Dwellings
- 31 - Structures - Commercial/Bus.
- 32 - Structures - Industrial/Manuf.
- 33 - Structures - Public/Community
- 34 - Structures - Storage
- 35 - Structures - Other
- 36 - Tools - Power/Hand
- 37 - Trucks
- 38 - Vehicle Parts/Accessories
- 39 - Watercraft
- 77 - Other (Specify in Narrative Section)
- 88 - Pending Inventory
- 99 - Special Category

### b. TYPE PROPERTY LOSS/ETC. CODE
(1) None  (4) Damaged/Destroyed  (7) Stolen
(2) Burned  (5) Recovered  (8) Unknown
(3) Counterfeited/Forged  (6) Seized/Impounded  (9) Lost & Found

### c. S/U CODE
(S) SECURE
(U) UNSECURE

### d. OWNERSHIP CODE
(A) Federal Gov.  (D) County Gov.
(B) State Gov.  (E) Foreign Gov.
(C) City Gov.  (F) Private/Personal

### e. DISPOSITION OF PROPERTY CODE
(E) Evidence  (R) Return to Owner
(S) Safekeeping  (O) Other

### SUSPECTED DRUG INVOLVEMENT

| DRUG TYPE (f) | EST. QUANTITY | MEASUREMENT (g) |
|---|---|---|
| | | |

### f. DRUG TYPE
(A) "Crack" Cocaine  (G) Opium  (M) Other Stimulants
(B) Cocaine  (H) Other Narcotics  (N) Barbiturates
(C) Hashish  (I) LSD  (O) Other Depressants
(D) Heroin  (J) PCP  (P) Other Drugs
(E) Marijuana  (K) Other Hallucinogens  (U) Unknown Drug
(F) Morphine  (L) Amphetamines  (X) Over 3 Drug Types

### g. TYPE DRUG MEASUREMENT
**WEIGHT**: (GM) Gram  (KG) Kilogram  (OZ) Ounce  (LB) Pound
**CAPACITY**: (ML) Milliliter  (LT) Liter  (FO) Fluid Ounce  (GL) Gallon
**UNITS**: (DU) Dosage Unit (Pills, etc)  (NP) Number of Plants

## SECTION V. VICTIM
(Use "Victim" Addendum sheet If more than one Victim)

VICTIM #: 1   DD2701 ISSUED: YES ☐ NO X

VICTIM RELATED TO OFFENSE #: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10

VICTIM RELATED TO SUSPECT #: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10

| LAST NAME | FIRST | MIDDLE | SSN/ALIEN REG.# | GRADE/RANK |
|---|---|---|---|---|
| KAOPUA | MILTON | K. | 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 | GS-07 |

**BRANCH OF SERVICE:** ☐ ARMY ☐ NAVY ☐ AIR FORCE ☐ MARINE CORPS ☐ COAST GUARD ☐ OTHER: _____

**STATUS:** ☐ REG. (ACTIVE) ☐ RESERVE ☐ RETIRED ☐ NATIONAL GUARD ☐ FAMILY MEMBER X CIVILIAN EMPLOYEE ☐ CIVILIAN (NO GOV.AFF.)

**DUTY STATION/EMPLOYER:** Federal Fire Department

**UIC/RUC:** 62813   **WORK TELEPHONE:** 668-3420

**ADDRESS:** 710 Kili dr. #1313   **CITY:** Waianae   **STATE:** Hi   **ZIP CODE:** 96792

**DOB:** 1947/04/24

**SEX:** X Male  ☐ Female  ☐ Unknown

**RACE:** ☐ White  ☐ Black  ☐ American Indian  X Asian  ☐ Unknown

**ETHNICITY:** ☐ Hispanic  X Non-Hispanic  ☐ Unknown

**RESIDENT STATUS:** X Resident  ☐ Nonresident  ☐ Unknown

**POB:** Hawaii

OPNAV 5527/1 JUN98   PREVIOUS EDITION IS OBSOLETE.   FOR OFFICIAL USE ONLY (When filled in)   PAGE 2 OF 5 PAGES

S/N: 0107-LF-114-9600

ENCLOSURE (6-2)

## SECTION V. VICTIM (Cont.)

### TYPE OF VICTIM
- [ ] Individual
- [ ] Business
- [ ] Financial Institution
- [ ] Government
- [ ] Law Enforcement
- [ ] Religious Org'n
- [ ] Society/Public
- [ ] Other
- [ ] Unknown

### AGGRAVATED ASSAULT CIRCUMSTANCES (Max 2)
- [ ] Argument
- [ ] Drug Dealing
- [ ] Gangland
- [ ] Juvenile Gang
- [ ] Lovers' Quarrel/Domestic
- [ ] Assault on LE Officer
- [ ] Other Felony Involved
- [ ] Other Circumstances
- [ ] Unknown

### INJURY TYPE (Max 5)
- [X] None
- [ ] Broken Bones
- [ ] Poss. Int. Injuries
- [ ] Severe Laceration
- [ ] Minor Injury
- [ ] Major Injury
- [ ] Loss of Teeth
- [ ] Unconsciousness

INCIDENT NUMBER: 0162813303509

### RELATIONSHIP OF VICTIM TO SUSPECT (For multiple suspect's relationships, enter suspect's number in block)
- [ ] Spouse
- [ ] Com-Law Spouse
- [ ] Parent
- [ ] Sibling
- [ ] Child
- [ ] Grandparent
- [ ] Grandchild
- [ ] In-Law
- [ ] Stepparent
- [ ] Stepchild
- [ ] Stepsibling
- [ ] Other Family
- [ ] Acquaintance
- [ ] Friend
- [ ] Neighbor
- [ ] Babysittee (Baby)
- [ ] Boy/Girl Friend (B/G Friend)
- [ ] Child of B/G Friend
- [ ] Homosexual Relationship
- [ ] Ex-Spouse
- [ ] Employee
- [ ] Employer
- [ ] Otherwise Known
- [ ] Relationship Unknown
- [ ] Stranger

## SECTION VI. WITNESS/SPONSOR
(Use "Complainant/Witness/Sponsor" Addendum sheet if more than one Witness/Sponsor)

TYPE/SEQUENCE #: [ ] WITNESS # ___  [ ] SPONSOR # ___

DD2701 ISSUED: [ ] YES [ ] NO

LAST NAME: 
FIRST: 
MIDDLE: 
SSN/ALIEN REG.#: 
GRADE/RANK: 

BRANCH OF SERVICE: [ ] ARMY [ ] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD [ ] OTHER: ___

STATUS: [ ] REG. (ACTIVE) [ ] RESERVE [ ] RETIRED [ ] NATIONAL GUARD [ ] FAMILY MEMBER [ ] CIVILIAN EMPLOYEE [ ] CIVILIAN (NO GOV.AFF.)

DUTY STATION/EMPLOYER: 
UIC/RUC: 
WORK TELEPHONE: 

ADDRESS: 
CITY: 
STATE: 
ZIP CODE: 

## SECTION VII. SUSPECT/ARRESTEE
(Use "Suspect/Arrestee" Addendum sheet if more than one Suspect/Arrestee)

TYPE/SEQUENCE #: [X] SUSPECT #: 1  [ ] ARRESTEE #: ___

SUSPECT/ARRESTEE RELATED TO OFFENSE #: o 1 o 2 o 3 o 4 o 5 o 6 o 7 o 8 o 9 o 10

INVOLVEMENT: [X] PRINCIPAL [ ] ACCESSORY [ ] CONSPIRATOR [ ] SOLICITOR

NAME: ABAD
FIRST: ROBERT
MIDDLE: F.
SSN/ALIEN REG.#: 
GRADE/RANK: CIV.

BRANCH OF SERVICE: [ ] ARMY [ ] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD [ ] OTHER: ___

STATUS: [ ] REG. (ACTIVE) [ ] RESERVE [ ] RETIRED [ ] NATIONAL GUARD [ ] FAMILY MEMBER [X] CIVILIAN EMPLOYEE [ ] CIVILIAN (NO GOV.AFF.)

DUTY STATION/EMPLOYER: Federal Fire Dept. Station #111, Bldg 441 Kolekole rd. Waianae Hi
UIC/RUC: 962923
WORK TELEPHONE: 668-3420

ADDRESS: 
CITY: 
STATE: HI
ZIP CODE: 

HAIR COLOR: brn
EYE COLOR: BRN
HEIGHT: 5'9"
WEIGHT: 150
DOB: 
POB: Hawaii

ALIAS (AKA): 

SEX: [X] Male  [ ] Female  [ ] Unknown
RACE: [ ] White  [ ] Black  [ ] American Indian  [X] Asian  [ ] Unknown
ETHNICITY: [ ] Hispanic  [X] Non-Hispanic  [ ] Unknown
RESIDENT STATUS: [X] Resident  [ ] Nonresident  [ ] Unknown

## DESCRIPTION

### HAIR (Max 2)
- [ ] Unknown
- [ ] Bald
- [ ] Receding
- [ ] Short
- [ ] Collar
- [ ] Shoulder
- [ ] Long
- [ ] Coarse
- [ ] Fine
- [ ] Thick
- [ ] Thinning
- [ ] Wiry
- [ ] Other:

### HAIR STYLE (Max 2)
- [ ] Unknown
- [ ] Afro
- [ ] Braided
- [ ] Bushy
- [ ] Crewcut
- [ ] Greasy
- [ ] Recruit
- [ ] Ponytail
- [ ] Processed
- [ ] Straight
- [ ] Curly
- [ ] Wig
- [ ] Part L/R
- [ ] Dreadlocks
- [ ] Cornrow
- [ ] Other:

### FACIAL HAIR (Max 3)
- [ ] Unknown
- [ ] Clean
- [ ] Medium
- [ ] Mustache
- [ ] Goatee
- [ ] Lower Lip
- [ ] Beard
- [ ] Sideburns
- [ ] Unshaven
- [ ] Other:

BUILD (Max 1)
- [ ] Unknown
- [ ] Thin
- [ ] Medium
- [ ] Heavy
- [ ] Muscular

### COMPLEXION (Max 2)
- [ ] Unknown
- [ ] Light
- [ ] Medium
- [ ] Dark
- [ ] Freckled
- [ ] Tanned
- [ ] Acne
- [ ] Pocked
- [ ] Ruddy
- [ ] Clear
- [ ] Other:

### APPEARANCE (Max 3)
- [ ] Unknown
- [ ] Dirty
- [ ] Disguised
- [ ] Flashy
- [ ] Military
- [ ] Unkempt
- [ ] Odorous
- [ ] Neat
- [ ] Cap/Hat
- [ ] Sunglasses
- [ ] Glasses
- [ ] Gloves
- [ ] Mask
- [ ] Other:

### IDENTIFYING MARKS (Max 3)
- [ ] Unknown
- [ ] Tattoo
- [ ] Scar
- [ ] Mark

LOCATION (Max 3)
- [ ] Eye (Left/Right)
- [ ] Face
- [ ] Scalp
- [ ] Teeth
- [ ] Hand (Left/Right)
- [ ] Foot (Left/Right)
- [ ] Leg (Left/Right)
- [ ] Arm (Left/Right)
- [ ] Shoulder (L/R)
- [ ] Hip (Left/Right)
- [ ] Stomach
- [ ] Chest
- [ ] Back
- [ ] Neck
- [ ] Buttocks
- [ ] Other:

### DESCRIPTION

DRESS (Max 3)
- [ ] Unknown
- [ ] Gang Attire
- [ ] Camouflage
- [ ] Swimwear
- [ ] Western Attire
- [ ] Ragged Attire
- [ ] Athletic Attire
- [ ] Business Attire
- [ ] Navy Uniform
- [ ] AF Uniform
- [ ] Army Uniform
- [ ] Marine Uniform
- [ ] CG Uniform
- [ ] Police Uniform
- [ ] No Attire (Naked)
- [ ] Casual Attire
- [ ] Other:

SPEECH (Max 2)
- [ ] Unknown
- [ ] Accent
- [ ] Lisp
- [ ] Loud
- [ ] Mumbles
- [ ] Quiet
- [ ] Rapid
- [ ] Slow
- [ ] Stutters
- [ ] Other:

HANDS (Max 1)
- [ ] Unknown
- [ ] Right Handed
- [ ] Left Handed
- [ ] Ambidextrous

DEMEANOR (Max 3)
- [ ] Unknown
- [ ] Angry
- [ ] Apologetic
- [ ] Calm
- [ ] Disordered
- [ ] Irrational
- [ ] Nervous
- [ ] Polite
- [ ] Competent
- [ ] Stupor
- [ ] Violent
- [ ] Obscene
- [ ] Talkative
- [ ] Other:

## SECTION VII. SUSPECT/ARRESTEE (Cont.)

**ARRESTEE ONLY**

| TYPE OF ARREST | MULTIPLE CLEARANCE | ARRESTEE WAS ARMED WITH (X up to Two) | DISPOSITION OF JUVENILE |
|---|---|---|---|
| ☐ On View<br>☐ Summons/Cited<br>☐ Taken Into Custody<br>DATE ARRESTED: | ☐ Multiple<br>☐ Count Arrestee<br>☐ Not Applicable | ☐ Unarmed ☐ Lethal Cutting Instrument<br>☐ Handgun ☐ Club/Blackjack/Brass Knuckles<br>☐ Rifle ☐ Other (specify)<br>☐ Shotgun | ☐ Handled Within Department<br>☐ Referred to Other Authority |

INCIDENT NUMBER: 01628130350 9

## SECTION VIII ADDITIONAL POLICE OFFICERS (Use Narrative Section for additional Police Officers) (Other than Reporting Official)

| 1. LAST | FIRST | MI | 2. LAST | FIRST | MI |
|---|---|---|---|---|---|
| GRADE/RANK | DUTY STATION/EMPLOYER | BADGE # | GRADE/RANK | DUTY STATION/EMPLOYER | BADGE # |

## SECTION IX. NARRATIVE (WHO, WHAT, WHEN, WHERE, WHY, HOW) (Use "Narrative" Addendum sheet if more space is required.)

SYNOPSIS: On 10-10-01 at 1645 Federal Fire Capt ABAD Robert threatened to shoot Federal Fire Capt. KAOPUA Milton over a property dispute.

ASSIGNMENT/ARRIVAL: On 10-10-01 at 1640 I was dispatched to the Federal Fire station #111, Lualualei, to investigate a damage to personal property complaint. I arrived at 1643 and assumed the case.

STATEMENT OF CAPT.ABAD Robert: On my arrival Capt. ABAD said he wanted to file a breaking and entering complaint. He said he had placed a padlock and hasp on his personal ice machine located in the Fire Dept. and someone had cut the lock and bent the hasp. Investigation found that the ice machine was not personal property but was still Government property that had been given to the Fire Dept. to use and was to be used by all authorized government employees and therefore should not have been locked in the first place. Capt. ABAD then accused Fire Capt. KAOPUA Milton of cutting the lock. When asked if he had seen Capt KAOPUA cut the lock he said no but he was sure it was him. I told him I could take a complaint of the cutting of the lock as that was his personal property. Capt. ABAD then told me he was tired of Capt. KAOPUA that KAOPUA thinks he owns this place. Capt. ABAD then said "I guess I'll just have to shoot him" I told him that was not a smart thing to say to a

## ENCLOSURE(S) (List additional "Enclosures" in the Narrative Section)

| ENCL # | DESCRIPTION (List all Attached Supporting Documents i.e., Statements, Photographs, Sketches, etc.) |
|---|---|
| | |
| | |
| | |

## SECTION X. REPORTING/APPROVING OFFICIALS

| REPORTING OFFICIAL (NAME, RANK, TITLE & SIGNATURE) | DATE | APPROVING OFFICIAL (NAME, RANK, TITLE & SIGNATURE) | DATE |
|---|---|---|---|
| GS06 COLIN A HALLBERG, POLICE OFFICER | 2001/10/24 | GS-09 ROBERT J OKUMURA, WATCH COMMANDER | 2001/10/24 |

## SECTION XI. ADMINISTRATIVE DISPOSITION (ADMIN USE ONLY)

| VICTIM/WITNESS NOTIFICATION:<br>(DD Form 2701 provided)<br>0 # VICTIMS NOTIFIED   0 # WITNESSES NOTIFIED | INCIDENT STATUS:<br>☐ UNFOUNDED<br>☐ CLEARED BY APPREHENSION<br>☐ CLEARED EXCEPTIONALLY | CLEARED EXCEPTIONALLY:<br>☐ DEATH OF OFFENDER<br>☐ PROSECUTION DECLINED<br>☐ EXTRADITION DECLINED | DATE CLEARED:<br>☐ REFUSED TO COOPERATE<br>☐ JUVENILE NO CUSTODY<br>☐ NOT APPLICABLE |

| REFERRED TO/ASSUMED BY: | DISTRIBUTION |
|---|---|
| CIS Case #:<br>INVESTIGATIONS Case #:<br>LOCAL POLICE Case #:<br>OTHER (Specify) | ☐ COMMANDING OFFICER ☐ MEDICAL/MENTAL HEALTH<br>☐ LEGAL OFFICER/SJA ☐ DRUG & ALCOHOL (DAPA)<br>☐ FAMILY ADVOCACY ☐ OTHER<br>☐ EQUAL OPPORTUNITY |

OPNAV 5527/1 JUN98  PREVIOUS EDITION IS OBSOLETE.  FOR OFFICIAL USE ONLY (When filled in)  PAGE 4 OF 5 PAGES

S/N: 0107-LF-114-9600

ENCLOSURE (6-4)

| INCIDENT REPORT ADDENDUM - NARRATIVE SECTION | INCIDENT NUMBER 016281303509 | REPORT TYPE: [X] INITIAL [ ] SUPPLEMENTAL |
|---|---|---|

This form is used with OPNAV 5527/1, "Incident Report" to record additional Narrative information.

police officer. Capt. ABAD then said. "That's what it is coming to". I said that I would have to make a note of this conversation. At approximately 1830 Capt.ABAD called security to cancel his complaint.

OFFICER ACTIONS:        Due to scheduling I was not able to contact Capt. KAOPUA until 10-13-01. I advised Capt. KAOPUA of the conversation I had with Capt. ABAD. Capt. KAOPUA said he was going to contact District Chief DELORA and discuss the situation with him. Capt. KAOPUA contacted Dist. Chief DELORA on 10-17-01 and told him what had been said and if he needed further information to contact Lualualei Security. On 10-24-01 I was contacted by Capt.KAOPUA, he said he had not received any further contact from Chief DELORA and now wanted to file a formal complaint.On 10-24-01 at 1545 I contacted Agent SPENCER,NCIS,and relayed the above events. Agent SPENCER advised that NCIS would assume the case.

NOTIFICATION:        CDO TMC MENCIAS via UT1 LEIDNER at 1225.
                     MAJOR ROBERTS notified 1215

DISPOSITION:         Accepted by NCIS.

OPNAV 5527/1B JUN98    PREVIOUS EDITION IS OBSOLETE.    FOR OFFICIAL USE ONLY (When filled in)    PAGE 5 OF 5 PAGES
S/N: 0107-LF-114-9700

ENCLOSURE (6-5)

RETURN TO WORK OR SCHOOL

**HERMINIO D. MERCADO, M.D.**
85-979-D Farrington Highway
Waianae, HI 96792

Telephone: (808) 696-0062

Date 11/23/2001

This is to certify that _Milton Kaopua_

has been under my care for the following: _Stress - Anxiety Reaction_
_& Depression 10/27 to_
_11/23/2001_

and is able to return to ~~work~~ school on _Undetermined →_

Remarks: _Visits 11/3, 10, 19 +_
_23. Referred to a_
_Psychiatrist for_
_treatment & evaluation_

(SIGNATURE)

#13107 — Medical Arts Press  1-800-328-2179

ENCLOSURE (7)