# EXHIBIT "C"

PERMISSION TO COPY DENIED, HRS 606.13, etc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
    vs.                    )    Criminal No.
                           )    02-309
ROBERT F. ABAD,            )
                           )
            Defendant.     )
_____)

ORIGINAL

PARTIAL TRANSCRIPT OF TRIAL

Trial held on Wednesday, October 16, 2002, in Courtroom 5, U.S. Courthouse, Honolulu, Hawaii.

BEFORE:

    THE HON. KEVIN S. C. CHANG
    Magistrate Judge

POWERS & ASSOCIATES
(808) 536-2001



EXHIBIT C

PERMISSION TO COPY DENIED, HRS 606.13, etc.

2

APPEARANCES:

    For Plaintiff:

        JUSTIN B. CLANCY, ESQ.
        Assistant U.S. Attorney
        U.S. Attorney's Office
        Room 6100, PJKK Federal Building
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96813
        (541-2850)

    For Defendant:

        BIRNEY B. BERVAR, ESQ.
        Bervar & Jones
        1400 Pauahi Tower
        1000 Bishop Street
        Honolulu, Hawaii 96813
        (550-4990)

PERMISSION TO COPY DENIED, HRS 606.13, etc.

3

## V E R D I C T

1
2
3    THE COURT:  In this case Defendant
4  Robert Abad is charged in information filed
5  on July 15th, 2002, with the offense of
6  terroristic threatening in the second degree
7  in violation of Hawaii Revised Statutes,
8  Section 707-17, and Title 18, United States
9  Code Section 13.
10    After considering all of the evi-
11  dence and weighing the credibility of the
12  witnesses, the Court finds that the United
13  States has failed to establish the central
14  elements of the offense charged beyond a
15  reasonable doubt.
16    Specifically, the United States has
17  failed to prove beyond a reasonable doubt
18  that on October 10th, 2001, at Naval Maga-
19  zine, Lualualei, in the District of Hawaii,
20  the Defendant threatened by word or conduct
21  to cause bodily injury to Milton Kaopua with
22  the intent to terrorize or in reckless disre-
23  gard of the risk of terrorizing Milton
24  Kaopua.
25    The Defendant said, "I think I'm

**POWERS & ASSOCIATES**
(808) 536-2001

PERMISSION TO COPY DENIED, HRS 606.13, etc.

4

1  just going to have to shoot him," referring
2  to Milton Kaopua.  This statement or threat
3  was directed Kaopua.  However, the circum-
4  stances surrounding the threat rendered the
5  threat -- the circumstances surrounding the
6  threat were not so unambiguous, uncondition-
7  al, immediate and specific as to convey a
8  gravity of purpose and imminent prospect of
9  execution.  In fact, Officer Hallberg testi-
10 fied that he waited three days to advise
11 Kaopua of an unspecified threat.  Details of
12 the threat were not revealed to Kaopua until
13 October 23rd.
14         Considering the totality of these
15 circumstances, the Defendant's statement or
16 threat was not a true threat within the defi-
17 nition referred to in State vs. Chung, 75
18 Hawaii 398, 862 Pacific 2nd, 1063, a 1993
19 case.
20         It does appear to the Court that the
21 statement was made out of frustration or
22 transitory anger arising out of damage to a
23 locker access to an icemaker.  It also ap-
24 pears to the Court, Mr. Abad, that the threat
25 or the statement was a violation of a

PERMISSION TO COPY DENIED, HRS 606.13, etc.

5

1  workplace violence policy, which is set out
2  in government's Exhibit 1.
3      It was, frankly, a stupid and irre-
4  sponsible statement to make, but, as stated
5  previously, the government has failed to
6  sustain its burden of proof in this case, and
7  therefore, based on the foregoing, the Court
8  finds and adjudges the Defendant, Robert
9  Abad, not guilty of the offense charged in
10 the information filed on July 15, 2002.

-oOo-

PERMISSION TO COPY DENIED, HRS 606.13, etc.

6

## TRANSCRIBER'S CERTIFICATE

I, Merrill Zundell, hereby certify that the foregoing is a true, full and correct transcript of the verdict portion of the above-captioned proceeding, as transcribed by me into typewriting to the best of my ability from electronic sound recording.

*Merrill Zundell*

POWERS & ASSOCIATES
(808) 536-2001