# EXHIBIT "D"



DEPARTMENT OF THE NAVY
COMMANDING OFFICER
NAVAL STATION
850 TICONDEROGA ST STE 100
PEARL HARBOR HI 96860-5102

16 FEB 01

## WORKPLACE VIOLENCE POLICY STATEMENT

As Commanding Officer of Naval Station, Pearl Harbor, I am committed to zero tolerance of workplace violence. I support your right to a work environment free from violence, threats of violence, harassment, intimidation, and other disruptive behavior. It is the duty of every supervisor and employee to maintain this policy and to promptly report incidents of workplace violence. These reported incidents will be taken seriously and will be dealt with appropriately. Supervisors must ensure that no reprisals are taken against employees who report incidents.

Workplace violence is any physical assault, threatening behavior, or verbal abuse occurring in the work setting. It may take the form of physical violence, threats, harassment, intimidation, and other disruptive behavior such as oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm. Individuals who commit such acts may be removed from the premises and may be subject to disciplinary action, criminal penalties, or both. Anyone who witnesses or experiences such behavior by anyone on base, should report it immediately to any supervisor or your chain of command.

- Threats or assaults committed on-base that require immediate attention should be reported to Base Security at 471-7114. Threats or assaults committed off-base that require immediate attention should be reported to the Honolulu Police Department at 911.

- Serious violations of federal or state laws will be referred to Naval Criminal Investigative Services (NCIS) at 474-1218.

- Civilians requiring employee counseling may be referred to the Civilian Employee Assistance Program at 473-4222, extension 239 or extension 1.

It is imperative that everyone follows this policy. Let us all commit to a Violence Free Workplace where people are treated with respect and we can fully utilize our energies to focus on our mission.

R. D. HUGHES
CAPTAIN, UNITED STATES NAVY

EXHIBIT D