# EXHIBIT "G"

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
TELEPHONE: (808) 527-6494 • FAX: (808) 527-6831 • INTERNET: www.co.honolulu.hi.us



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

VICTIM WITNESS KOKUA SERVICES
PH: 523-4158

September 23, 2003

Milton Kaopua
84-710 Kili Drive #1313
Waianae, Hawaii 96792

RE: HPD Report Number: 03-208459
    Date of Incident: May 29, 2003

Dear Mr. Kaopua:

This is to inform you that the complaint you filed on May 29, 2003, has been accepted for prosecution. The charge of Contempt of Court will be filed against Robert Abad.

Please be advised that once the complaint has been filed in Court, this office will not allow you to withdraw the complaint. Our office also expects your full cooperation with the prosecutor in any matters pertaining to the case and your appearance at all court proceedings.

Todd Yamamoto will have your complaint for the next fourteen (14) days before it is filed in court. Please call 523-4511 within the next fourteen (14) days if you wish to pursue your complaint. If we do not hear from you, we will assume you are no longer interested in pursuing your complaint and will close your case.

Sincerely,

L. Ackermann

Laura Ackermann
Deputy Prosecuting Attorney

LA:TKY:csc



EXHIBIT G