EXHIBIT "I"

**SMITH HIMMELMANN**
ATTORNEYS AT LAW • A LAW CORPORATION

DAVIES PACIFIC CENTER • SUITE 909
841 BISHOP STREET • HONOLULU, HAWAII 96813
TELEPHONE: 808.523.5050
FAX: 808.538.1382 or 815.377.1117
E-MAIL: shlaw@flex.com

February 2, 2002

Federal Fire Department
David Kaea, Deputy Chief
Glenn DeLaura, Area Chief
c/o Hazel Wong, Labor Advisor   via Fax: 474-3598 [@<08>]
COMNAVREG Hawaii HRC (Code CNR N01CP.1B)
4300 Radford Drive
Honolulu, Hawaii 96818

Re:   Milton K. Kaopua, Supv. Firefighter (Capt.) SSN: 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

   Request for Advanced Sick Leave, and
   Application for Voluntary Leave Transfer Program

   Pursuant to COMNAVREGH11NST 12000.1C CH-3, [Paragraph 7.f. Advancing Sick Leave] page 403-9, Mr. Kaopua requests thirty (30) days of advanced sick leave retroactive to his last day of paid leave. A supporting medical statement is attached. Mr. Kaopua is not contemplating retirement or resignation. Additional advanced sick leave may be requested pending action on his OWCP claim and his request for leave transfer.

   Mr. Kaopua also submits his form OPM 630 [fkn as OF-630, see, COMNAVREG HIINST 12000.1C CH3 Exhibit 1, page 406-10], requesting to become a leave recipient under the voluntary leave transfer program.

   Mr. Kaopua has designated this firm as his representative for this and related matters and, given the severe nature of his current condition and medications and his doctors' joint prescriptions for rest and absence from the work site, we request any questions regarding these matters be addressed to us and that we be copied with any official correspondence to Mr. Kaopua or his physicians.

Most sincerely yours,
SMITH HIMMELMANN

Elbridge W. Smith

Encls: Medical Statement, OPM 630, Designation of Representative
............................................................. original follows by mail/delivery
cc:   Mr. Milton K. Kaopua
   Herminio Merado, M.D., Shepard Ginandes, M.D., Robert M. Davé, Ph.D.

EXHIBIT I   234

*Specializing in Representing Federal Employees*

ENCLOSURE (2)