# EXHIBIT "J"

```
************* -COMM. JOURNAL- ********************* DATE FEB-12-2002 ***** TIME 16:35 *** P.01

      MODE = MEMORY TRANSMISSION              START=FEB-12 16:33      END=FEB-12 16:35

        FILE NO.= 031

    STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

      001      OK     <08>        COMNAVREG HRO           001/001  00:00'30"
      002      OK     <24>        DAVè E FAX              001/001  00:00'29"

                                                    -SMITH HIMMELMANN,AAL,ALC -

*********************************** -SMITH HIMMELMANN- *****       808 538 1382- **********
```

A FAX MESSAGE FROM:

## SMITH HIMMELMANN
ATTORNEYS AT LAW · A LAW CORPORATION

DAVIES PACIFIC CENTER · SUITE 909
841 BISHOP STREET · HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-5050
E-MAIL: shlaw@flex.com
Reply FAX Number: **808-538-1382**

Number of Pages including this Cover Sheet: 1

DATE: February 12, 2002

TO: Hazel E. Wong, Labor Advisor
OF: COMNAVREG - Hawaii (Code N01CP.1B, HRO)
FAX Number: 474-3598 @ <08>

FROM: Elbridge W. Smith

RE: Milton K. Kaopua, Supv. Firefighter (Capt.) SSN: 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

Our February 2, 2002 Request for Advanced Sick Leave, and
Application for Voluntary Leave Transfer Program

This is to confirm our conversation of today in which you advised me that you will have an answer to Mr. Kaopua's requests for advance leave **and** leave transfer program to my office by this Friday, February 15, 2002.

Most sincerely yours,
SMITH HIMMELMANN

Elbridge W. Smith

cc: Milton Kaopua
    Dr. Shepard Ginandes
fc: Dr. Robert Davé
H:\Clients\Kaopua\Corre\02-12-02 Fax Hazel Confirm Receipt of Ans Re Leave Req By Feb 15

# EXHIBIT J

*Specializing in Representing Federal Employees*