EXHIBIT "O"

RETURN TO WORK OR SCHOOL

HERMINIO D. MERCADO, M.D.
85-979-D Farrington Highway
Waianae, HI 96792

Telephone: (808) 696-0062

Date 11/23/2001

This is to certify that Miltor Kaopua

has been under my care for the following: Stress - Anxiety Reaction
+ Depression 10/27 to 11/23/2001

and is able to return to work on Undetermined →
                              school

Remarks: Visits 11/3, 10, 19 + 23. Referred to a Psychiatrist for treatment + evaluation

(SIGNATURE)

#13107 — Medical Arts Press   1-800-328-2179

EXHIBIT O

215

ENCLOSURE (7)