EXHIBIT "P"

Robert Davé, Ph.D., Inc.
Hawaii Licensed Clinical Psychologist

January 25, 2002

Federal Fire Department
850 Ticonderoga St.
Pearl Harbor, HI 96860

Re: Milton Kaopua, Fire Captain

To Whom it May Concern,

This letter is to notify you that Captain Milton Kaopua is currently disabled from work because of a clinical disorder (Adjustment Disorder with Mixed Anxiety and Depression) caused by traumatic events at his workplace, in which his life was threatened by a co-worker. My evaluation is based on the following:

- Direct clinical examination of Captain Kaopua.
- Psychological testing.
- Consultation with Captain Kaopua's physician, Herminio Mercado, M.D., who initially diagnosed the Captain with an Adjustment Disorder caused by the aforementioned trauma, prescribed antidepressant medication, removed him from work for medical reasons, and referred him for psychiatric treatment and further evaluation.
- Consultation with Captain Kaopua's treating psychiatrist, Shepard Ginandes, M.D., who concurs with the aforementioned diagnosis and causal factors, and who has continued to prescribe appropriate medication for anxiety/depression, in addition to keeping Captain Kaopua from returning to work for medical reasons.

At present, Captain Kaopua is fearful for his life. He continues to receive appropriate psychiatric treatment and medication for his trauma-related disorder from Dr. Ginandes and is demonstrating progress in treatment. With continued progress and, importantly, an appropriate resolution to the ongoing threat of violence originating in Captain Kaopua's work environment, a feasible prognosis is that he may be able to return to work in the next two to six months.

Submitted By,

Robert Davé, Ph.D.
Hawaii Licensed Clinical Psychologist

**EXHIBIT P**

1188 Bishop Street • Suite 712 • Honolulu, Hawaii 96813
Phone: (808) 524-4662 • Fax: (808) 674-8849 • E-Mail: malanai@aol.com

222


ENCLOSURE (1)