IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA,<br>      Plaintiff,<br>  vs.<br>FEDERAL FIRE DEPARTMENT;<br>DONALD C. WINTER, Secretary,<br>Department of the Navy,<br>      Defendants. | ) CIVIL NO. CV04 00723 JMS / KSC<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

  I HERE BY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

  Served Electronically ~~through CM/ECF:~~

Edward H. Kubo, Jr., United States Attorney, District of Hawaii
R. Michael Burke, Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg., Honolulu, Hawaii 96850

e-mail: Mike.Burke@usdoj.gov

Dated: Honolulu, Hawaii July 03, 2006.

             _/s/ Elbridge W. Smith_

             Elbridge W. Smith
             Attorney for Plaintiff