**SMITH HIMMELMANN**

Attorneys at Law • A Law Corporation

**ELBRIDGE W. SMITH** [HI 2079]

745 Fort Street, Suite 311

Honolulu, Hawaii 96813

Telephone No.: (808) 523-5050

Fax No.: (808) 538-1382

Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA,<br><br>            Plaintiff,<br><br>        vs.<br><br>FEDERAL FIRE DEPARTMENT;<br>DONALD C. WINTER, Secretary,<br>Department of the Navy,<br><br>            Defendants. | ) **CIVIL NO. CV04 00723 JMS / KSC**<br>)<br>)<br>) Errata To: Plaintiff's Memorandum In<br>) Opposition to Defendants' Motion to<br>) Dismiss or In the Alternative, For<br>) Summary Judgment Filed March 15,<br>) 2006, filed on July 3, 2006 [Table of<br>) Authorities]; Certificate of Service<br>)<br>) DATE: July 18, 2006<br>) TIME: 10:00 a.m.<br>   JUDGE: J. Michael Seabright |

H:\CLIENTS\Kaopua\Plead - USDC\07-10-06 Errata to Plaintiff's Memo In Oppo to Def't's Mtn to Dismiss.wpd

ERRATA TO: PLAINTIFF'S MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT FILED MARCH 15, 2006,
filed on July 3, 2006 [Table of Authorities]

Plaintiff, by and through his counsel, apologizes for several minor errors in the
original Table of Authorities, which are corrected and attached here.

Dated: Honolulu, Hawaii, July 10, 2006.

                                                    ___/s/  Elbridge W. Smith_____
                                                    Elbridge W. Smith
                                                    Attorney for Plaintiff

## TABLE OF AUTHORITIES

U.S. SUPREME COURT CASES

*Anderson v. Liberty Lobby*, 477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Burlington Northern v. White,* Docket No. 05-529, __ U.S. __ (June 22, 2006) . . . . . . . . . . . 24

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10,11

*EEOC v. Arabian Am. Oil Co.*, 499 U.S. 244, 257 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . 17,25

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574 . . . . . . . . . . . . . . . . . . . . . . 26

*Masson v. New Yorker Magazine, Inc.*, 501 U.S. 496, 520 (1991) . . . . . . . . . . . . . . . . . . . . . . 11

*Nat'l R.R. Passenger Corp. v. Morgan*, 536 U.S. 101 (2002) . . . . . . . . . . . . . . . . . . . . . . . . 15,21

*O'Connor v. Consolidated Coin Caterer's Corp.*, 517 U.S. 308 (1996) . . . . . . . . . . . . . . . . . . 11

*Oncale v. Sundowner Offshore Services*, 523 U.S.75 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Pullman-Standard v. Swint*, 456 U.S. 273 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Zipes v. Trans World Airlines, Inc.*, 455 U.S. 385 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

9TH CIRCUIT COURT OF APPEAL CASES

*Barnett v. U.S. Air, Inc.*, 228 F.3d 1105 (9th Cir. 2000)
    (en banc), *vacated on other grounds,* 535 U.S. 391 (2002) . . . . . . . . . . . . . . . . . . . . . . 29

*Boyd v. United States Postal Serv.*, 752 F.2d 410 (9th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . 21

*Charles v. Garrett*, 12 F.3d 870 (9th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Chuang v. Univ. of Cal. Davis*, 225 F.3d 1115 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . 26

*Fraser v. Goodale,* 342 F.3d 1032 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Girard v. Rubin*, 62 F. 3d 1244 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Humphrey v. Mem'l Hosp. Ass'n,* 239 F.3d 1128 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . 29

*Lawson v. State of Washington, et al.,Pet.*, 296 F.3d 799 (9th Cir., February 7, 2003) . . . . . 17,25

*Leorna v. United States Dep't of State*, 105 F.3d 548 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . 21

*Santa Maria v. Pac. Bell*, 202 F.3d 1170, 1178 (9th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . 21

*Sischo-Nownejad v. Merced Community College District*, 934 F.2d 1104 (9th Cir. 1991) . . . 12

*Zivkovic v. So. Cal. Edison Co.*, 302 F.3d 1080 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . 28,29

OTHER CIRCUIT COURTS OF APPEAL'S CASES

*Gardner v. Morris,* 752 F.2d 1271 (8th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

*Jakubiak v. Perry, DoD*, 101 F.3d 23 (4th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Nereida-Gonzales v. Tirado-Delgado,* 990 F. 2d 701 (1st Cir. 1993) . . . . . . . . . . . . . . . . . . . . 10

*Oliver v. Digital Equipment Corporation*, 846 F.2d. 103 (1st Cir. 1988) . . . . . . . . . . . . . . . . .10

*Prewitt v. United States Postal Service*, 662 F.2d 292 (5th Cir. 1981) . . . . . . . . . . . . . . . . . . 27

FEDERAL ADMINISTRATIVE CASES

*Anisman v. Dept. of the Treasury,* EEOC No. 01A40496 (2004) ........................ 15
*Bond v. Dept. of the Navy,* EEOC No. 01997029 (2001) .............................. 14
*Cobb v. Dept of the Treasury,* EEOC Request No. 05970077(March 13, 1997) .......... 15,18
*Davis v. Dept. of the Treasury,* EEOC No. 01A21045 (2002) .......................... 21
*Faulkner v. Dept. of Defense,* EEOC No. 01A31902, (2004) .......................... 15
*James v. Dept. of Homeland Security,* EEOC No. 01A31292 (2004) ..................... 14
*Marriott v. Postmaster General,* EEOC No. 01994803 (2001) ......................... 27
*Nelson v. Postmaster General,* EEOC No. 01981981 (2001) ........................... 27
*Omar v. USPS,* EEOC Request No. 05920207 (1992) .................................. 28
*Rivers v. Dept. of Navy,* EEOC Appeal No. 03920152 (1993) ......................... 28
*Ruiz v. USPS,* EEOC Request No. 05880859 (1990) ................................. 28
*Shipp v. USPS,* EEOC Appeal No. 01912739 (1991) ................................. 28
*Southerland v. Postmaster General,* EEOC No. 05930714 (1994) ..................... 27
*Steele v. General Services Administration,* EEOC No. 01933171(1994) ................ 25

FEDERAL STATUTES AND REGULATIONS:

Americans with Disabilities Act ("ADA") ...................................... 26
The Civil Rights Act of 1964 ................................................. 12
Title VII ............................................................. 13,14,25
Rehabilitation Act of 1973 ............................................. 13,14,26
42 U.S.C. § 2000e-16(c) ..................................................... 12
42 U.S.C. § 12102(2) ........................................................ 26
29 U.S.C. § 791 ............................................................. 26
29 U.S.C. § 1614.105(a)(1) ............................................... 13,19
29 C.F.R. § 1614.105(a)(2) .................................................. 20
29 C.F.R. § 1614.107(a)(2) .................................................. 14
29 C.F.R. § 1614.109(g) ...................................................... 7
29 C.F.R. § 1614.203(a) ..................................................... 27
29 C.F.R. § 1614.302 ........................................................ 26
29 C.F.R. § 1614.604(a)(2) .................................................. 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

MILTON K. KAOPUA,                    )  **CIVIL NO. CV04 00723 JMS / KSC**
                        Plaintiff, )
            vs.                      )  CERTIFICATE OF SERVICE
FEDERAL FIRE DEPARTMENT;             )
DONALD C. WINTER, Secretary,         )
Department of the Navy,              )
                       Defendants. )
_____      )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served Electronically through  CM/ECF:
R. Michael Burke       Mike.Burke@usdoj.gov

Dated: Honolulu, Hawaii, July 10, 2006.

Marcelle L. Arakaki
Legal Assistant to Elbridge W. Smith
Attorney for Plaintiff