AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| MILTON K. KAOPUA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 04-00723 JSM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| FEDERAL FIRE DEPARTMENT, et al. | August 16, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants pursuant to the "Order Granting Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment" filed 8/15/2006.


| August 16, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]*<br>(By) Deputy Clerk |